IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIR RAHMAN RAHMANI *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JANET YELLEN, <br> Secretary of U.S. Department <br> of the Treasury, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:24-cv-00285 (RC) |

**[PROPOSED] ORDER**

Upon due consideration of Defendants' Motion for Summary Judgment, it is hereby ordered that Defendants' Motion for Summary Judgment is GRANTED.

SO ORDERED.


Dated: _____                               _____
                                                  RUDOLPH CONTRERAS
                                                  United States District Judge