**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MIR RAHMAN RAHMANI, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 24-0285 (RC) |
| JANET YELLEN, Secretary, Department of the Treasury, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**CERTIFICATION OF ADMINISTRATIVE RECORD**

I, Ripley Quinby IV, certify as follows:

1. I have served as the Deputy Associate Director for the Office of Global Targeting at the U.S. Department of the Treasury, Office of Foreign Assets Control ("OFAC") since 2019. In this role, I oversee the production of evidentiary memoranda for the purpose of sanctions actions across all of OFAC's sanctions programs, including those pursuant to Executive Order 13818 of December 20, 2017, "Blocking the Property of Persons Involved in Serious Human Rights Abuse or Corruption." Further, I supervise the provision of the unclassified, non-privileged version of the evidentiary memoranda to designees and their counsel, upon request. As such, I am authorized to certify the truth and correctness of official records of OFAC, and of other documents recorded or filed with OFAC.

2. The facts attested to herein are based on my personal knowledge or information made available to me in the course of my official duties.

3. I hereby certify to the best of my knowledge and belief that the documents described in the attached certified list of the contents of the administrative record constitute a true, correct,

and complete copy of the unclassified, non-privileged documents that were directly or indirectly considered in connection with OFAC's December 11, 2023 decision to designate Plaintiffs pursuant to Executive Order 13818. OFAC redacted the administrative record as well as the attached certified list of the contents of the administrative record, to remove classified, privileged, or otherwise protected information before production to Plaintiffs.

4. In accordance with 28 U.S.C. § 1746, I certify and declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 26th day of April 2024 in Washington, D.C.

Ripley Quinby IV
Deputy Associate Director
Office of Global Targeting
Office of Foreign Assets Control
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Freedman's Bank Building
Washington, DC 20220