# EXHIBIT A

جمهــوری اســلامی افغانســتان
وزارت تجــارت و صنـــایــع
ریاست عمومی ثبت مرکزی و مالکیت فکری



## Islamic Republic of Afghanistan
## Ministry of Commerce and Industries
### Directorate General of Central Business Registry & Intellectual Property

د افغانســتان اسلامي جمهــوریت
دسوداګــــري او صنــایعو وزارت
دمرکزي ثبت او فکري مالکیت لــوی ریــاست

Reg #:  101449
License #:  I-35870

د ثبت نمبر:  ۱۰۱۴۴۹
د جواز نمبر:  ۱-۳۵۸۷۰

TIN / نمبر تشخیصیه مالیه
9002322874



جواز تثبث
**Business License**

خدمات لوژستیکی فیدلیس
**Fidelis Logistic and Supply Services**


رئیس/President
فضل الحق


مرستیال/V-President
محمد ضابط

تصدیق کیږي دا جواز چی نوم یی پورته یاد شوی دی د محدودالمسؤلیت شرکتونو د قانون او د افغانستان د نورو نافذه قوانینو پر بنسټ ثبت او صادر شو.

تصدیق میگردد این جواز که نام آن در فوق ذکر میباشد، در مطابقت با قانون شرکتهای محدودالمسؤلیت و سایر قوانین نافذه افغانستان ثبت و صادر گردیده است.

It is certified that this license with mentioned name, is registered and issued in accordance with and subject to the LLC and other effective laws of Afghanistan.

Issue Date:  27/Nov/2019   ۱۳۹۸/۰۹/۰۶   :د صدور نیټه
Valid Date:  26/Nov/2022   ۱۴۰۱/۰۹/۰۵   :د پای نیټه
Established:  2010   ۱۳۸۹   :د تاسیس کال
سکتور فعالیت: خدمات لوژستیکی
ادرس شرکت: پلچرخی، پارک های صنعتی، مرکز کابل، کابل


امضاء صلاحیت دار
Authorized Signatureee
د مرکزي ثبت اداره

69327
نمبر مسلسل:
قیمت حق الطبع (۵۰۰) افغانی

## Responsibilities

This license is issued by Directorate General of Central Business Registry & Intellectual Property (ACBR-IP) in accordance with and subject to the effective laws of Afghanistan.

All businesses must submit their Business Declaration Form(s) according the law to the Revenue Department of the Ministry of Finance and Directorate General of ACBR-IP. Individuals and companies, who do not submit their declarations within the given timeline, will be penalized in accordance with the Income Tax law of the Islamic Republic of Afghanistan.

All businesses must abide by the effective Rules and Regulations of the Islamic Republic of Afghanistan in their commercial activities.

Based on their national obligations and services to the nation, businesses are obliged to import high quality materials and products and should avoid import of low quality goods.

All businesses must formally notify the ACBR-IP prior to any changes being brought to the company structure, shares, and address and should follow the legal procedures to have the changes registered accordingly.

Directorate ACBR-IP reserves the right to revoke, remand, suspend, amend, nullify and void or review this license in accordance with the effective licensing procedures.

In no event shall Directorate General of ACBR-IP or its representatives be liable for any damages whatsoever, including without limitation, damages for loss of business profits, business interruption, loss of business formation, detrimental reliance, consequential of incidental damages, including to third parties, or other pecuniary loss. Nothing in this license is to be constructed as guarantee, warranty or any form of indemnification.

## Privileges:

Holder(s) of this license can import and/or export all permitted good (Transit of goods, logistics, getting business passport, establishment of branches abroad) in accordance with the effective laws of Islamic Republic of Afghanistan.

## Validity:

The validity of this license is three (3) years from the date of issuance. For querying and verification of this license visit www.acbr.gov.af

---

### مکلفیت ها.

- این جواز از طرف ریاست عمومی ثبت مرکزی و مالکیت فکری وزارت تجارت وصنایع ج.ا.ا در مطابقت با لایحه جدید ثبت و صدور جواز وسایر قوانین نافذه کشور صادر گردیده است.
- تمامی تشبثات مکلف اند اظهار نامه مالیاتی (بیلانس) خویش را مطابق قانون بریاست های عواید و مستوفیت های مرکز وولایات وزارت محترم مالیه ، واین اداره ارائه بدارند در غیر آن طبق احکام قانون مالیات بر عایدات تحت جرایم تأخیر بیلانس قرار خواهند گرفت .
- تمامی تشبثات مکلف اند که فعالیت های شان را در مطابقت با قوانین نافذه کشور انجام دهند
- تمامی تشبثات بر حسب وجیبه ملی خدمت بوطن مکلفیت دارند در حین واردات اجناس با کیفیت را وارد و تولید نموده و از ورود اجناس و کالا های بی کیفیت بداخل کشور جلوگیری نمایند.
- تمامی تشبثات حین وارد آوردن تغییرات مکلف اند این اداره را در جریان قرار داده تا باشد سهولت های لازم در طی مراحل قانونی اسناد شان منجانب این اداره مهیا گردد.
- این اداره این حق را بخود محفوظ میدارد در صورت موجودیت دلایل قانونی و مؤجه تشبث منظور شده را لغو و یا تجدید ننماید.
- این اداره بعد از صدور جواز در قبال فعالیت های تشبثات از قبیل ( قرضه های بانکی ، قرار دادها ، تضمینات ... وغیره ) هیچ نوع مسؤلیت را بعهده نخواهد گرفت .

### امتیازات :-

- دارنده این جواز حق فعالیت تجارتی وسرمایه گذاری را در سکتورهای مربوطه مطابق اساسنامه خویش داشته واز حقوق اخذ پاسپورت, ایجاد نمایندگی در ممالک خارجی, تصدیر و توریدی اموال تجارتی در مطابقت به قوانین افغانستان برخوردار میباشد .
- **معیاد اعتبار:-**
- این جواز از تاریخ صدور برای مدت (۳) سه سال مدار اعتبار میباشد.

نوت: تمامی افراد و اشخاص میتوانند معلومات پیرامون جواز های ثبت شده را از ویب سایت این اداره (www.acbr.gov.af) بدست آورند.

---

### مکلفیتونه

- دغه جواز دافغانستان اسلامی جمهوریت د سوداګری او صنایعو وزارت د مرکزی ثبت او معنوی مالکیت لوی ریاست له لوری ،دثبت او جوازورکولو نوی لایحی او د هیواد تولو قوانینو سره سم صادر شوی دی.
- تول تشبثونه اړ دی ،چی خپل مالیاتی څرګند پانی (بیلانس) د قانون مطابق د مالیی محترم وزارت د مرکز او ولایتونو د عوایدو او مستوفیتونو ریاستونو او د سوداګری او صنایعو وزارت د مرکزی ثبت او فکری مالکیت عمومی ریاست ته وړاندی کړی او پرته له هغی به د مالیاتی قانونو احکامو سره سم د بیلانس خندیدلو جرم ترنامه لاندی راشی.
- تول تشبثونه اړ دی ،چی خپل تول فعالیتونه د هیواد نافذه قوانینو سره سم ترسره کړی.
- تول تشبثونه هیواد ته د چوپړ کولو ملی وجیبی په توګه هیواد ته با کیفیته توکی وارد او تولید کړی او هیواد ته د بی کیفیته توکو له راوړلو څخه مخنیوی وکړی.
- تول تشبثونه د مشر ،مرستیال ،د تشبث نوم،دبرخی اخیستل او پلورل او د سوداګریز ادرس اړوند بدلون راوستلو پرمهال اړ دی ،چی د مرکزی ثبت او معنوی مالکیت لوی ریاست په جریان کی واچوی ،ترڅودی ریاست په ګډون د دوی د اسنادو قانونی پړاونو په ترسره کولو کی لازمی اسانتیاوی رامنځ ته شی.
- دغه اداره دا خپل حق بولی ،چی د څرګندو اوقانونی دلایلو دشتون په صورت کی سوداګریز او د پانګه اچونی جوازونه لغوه یا نوی کړی.
- دغه اداره د تشبثونو د فعالیتونو لکه بانکی پورونه ،ترونونه ،تضمینونو او داسی نورو په برخه کی د جواز ورکولو څخه وروسته هیڅ ډول مسولیت پر غاړه نلری.

### امتیازونه :-

- د دی جواز لرونکی د سوداګری او پانګونی په برخه کی د مربوطه سکتورونو او اساسنامی مطابق د فعالیت حق لری. او د پاسپورت ترلاسه کول ، په بهرنیو هیوادونوکی د څانګو رامنځ ته کول د سوداګریزو توکو لیږد را لیږد د افغانستان د اسلامی جمهوریت د قوانینو سره سم حق لرونکی دی.

### داعتبار موده:-

- دغه جواز د صادریدو له نیټی څخه تر (۳) دریوکلونو پوری د اعتبار وړ دی.

یادونه: تول خلک کولای شی، د ثبت شوو جوازونو په اړه معلومات د دغی اداری له ویب پاڼی www.acbr.gov.af څخه ترلاسه کړی.



منطقة عجمان الحرة
AJMAN FREE ZONE

# SHARES CERTIFICATE

Certificate: 001                                   Number of Shares: 100

### Fidelis Logistics & Supply Services Limited

*Registration Number*
AFZ/OS/324

Shareholder(s)
Mr. FAZEL HAQ FAZLI

Address
1403, Al Reem Tower, Al Maktoum Street, Deria, P.O.Box: 82315, Dubai- UAE

Is / Are the registered shareholder(s) of 100 shares, total value of AED 100 each share value is AED 10,000/-
Paid in the above named company, subject to the Memorandum & Articles of Association and the Ajman Free Zone's offshore company's regulations.

Date: 17/12/2014
No transfer of any other above mentioned share(s) can be registered until this certificate has been deposited at the registrar's office

No Transfer of any of the above mentioned share(s) is / are permitted without the written approval of the Ajman Free Zone Registrar

Registrar
Ajman Free Zone




دافغانستان اسلامی جمهوریت
دافغانستان دبانکی اچونی دملاتر اداره
اداره حمایه سرمایه گذاری افغانستان
AFGHANISTAN INVESTMENT SUPPORT AGENCY

آیسا / AISA

Date:   Ref #:

## IDENTIFICATION FORM

| Field | Value | Field | Value |
|---|---|---|---|
| Company Name: | Fidelis Logistic & Supply Services | | |
| Trade Name: | | | |
| Legal Status: | Limited | Initial Capital: Afs 1000000 AF | in US$ 20000$ |
| Sector: | Logistics | | |
| Sub Sectors: | | | |
| Description of Activity: | Logistics Services | | |
| Company Imports: | | Company Exports: | |

**Address**

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Province: | Kabul | District: | Park Society | Area: | |
| Village: | Pole Charkhi | Street No: | Sark New Kabul | House No: | |
| Others: | Bagram | | | | |

### Identification of the President

| Field | Value | Field | Value |
|---|---|---|---|
| Name: | Fazil haq | ID Card No/Passport: | 1158799 |
| Surname: | | Registration No: | 496 |
| Father's name: | Haj hay dad | Place of Birth: | Parwan |
| Date of Birth: | 1342 | Volume: | 86 |
| Nationality: | Afghan | Place Issued: | Parwan |
| Phone: | | Email Address: | |

**Current Address**

| Province: | | District: | Sar kotal | Area: | |
| Village: | | Street No: | | House No: | |

**Permanent Address**

| Province: | | District: | Bagram | Area: | |
| Village: | | Street No: | | House No: | |
| Others: | | | | | |

### Identification of the Vice President

| Field | Value | Field | Value |
|---|---|---|---|
| Name: | Mohammad Zabet | ID Card No/Passport: | 61084 |
| Surname: | | Registration No: | 603 |
| Father's name: | Mohammad husheu | Place of Birth: | Parwan |
| Date of Birth: | 1359 | Volume: | 120 |
| Nationality: | Afghan | Place Issued: | Parwan |
| Phone: | 0745271519 | Email Address: | |

**Current Address**

| Province: | Parwan | District: | Bagram | Area: | |
| Village: | Bagram / Ghulam Ali | Street No: | | House No: | |

**Permanent Address**

| Province: | Parwan | District: | Bagram | Area: | |
| Village: | Bagram / Ghulam Ali | Street No: | | House No: | |
| Others: | | | | | |

We the President and Vice President of the company, jointly agree that the information provided above is true, accurate and complete. If such information is found to be false we assume liability for the revocation of our license.

President's Signature   Vice President's Signature
Date                    Date

Station:   Printed By:

## Statute of *(Company Name)*

### Chapter One
### General Provision

**Article One**
This statute is codified in order to organize activities of ( *Fidelis logistics & supply*). *Services*

**Article Two**
The legal status of this company will be ( *Limited* ) and it shall conduct all its business affairs in accordance to its legal status.

**Article Three**
*Kabul*
This company will be located in *(city name)*, Afghanistan, if required the company can establish branches in other parts of the country. The company shall inform relevant government bodies upon establishment of its branches.

**Article Four**
This company has a legal status and there will be no limitation upon its business extension.

**Article Five**
This company shall observe all Islamic principles and the country's imposed laws as well as international treaties.

**Article Six**
The president and vice president of this company shall represent the company in all affairs and at relevant bodies.

**Article Seven**
Upon provision of essential documents at AISA this company will be registered at the commercial court and revenue office (Mostofiat).

### Chapter Two
### Goals and Objectives

**Article Eight**
With regards to company's name and title, its goals and objectives are as follows:
- *logistics*       *Services*
-
-
-
-

**Article Sixteen**
The functions of the General Forum of Shareholders are as follows:
- Listening to annual report of the board of directors
- Analyzing annual financial statement (balance sheet, profit and loss)
- Approval of company's budget
- Appoint the chairman, vice chairman and secretary for the board of directors
- Approval of increase in capital and transfer of shares
- Setting future policies for the company

**Article Seventeen**
Board of directors shall be responsible to manage company's affairs till next general forum of shareholder's meeting.

**Article Eighteen**
The board of directors shall meet on monthly bases in case of need special meetings shall be held.

**Article Nineteen**
The board of directors shall report to general forum of shareholders and shall attain approval on operations for which they are not authorized.

**Article Twenty**
General forum of shareholders has the authority to reappoint the board of directors.

## Chapter Five
## Dissolvent and Liquidation of the Company

**Article Twenty One**
If the capital is decreased by 50% due to any kind of loss, the board of directors shall call upon the general forum of shareholders for a special meeting where they shall take firm decisions on dissolvent or continuity of the company.

**Article Twenty Two**
In case of dissolvent of the company, participant of the general forum of shareholder's meeting shall emblem one third of the capital.

**Article Twenty Three**
When dissolvent of the company is approved by the general forum of shareholders, the participant of meeting shall form dissolvent committee. The dissolvent committee shall be authorized for an immediate dissolvent and liquidation of the company according to imposed laws and regulations of commerce.

### Article Nine
Upon decision of all the General Forum of Shareholders (GFS), they may amend goals and objectives of the company, in case the amendment is general or fundamental, relevant government bodies shall be informed.

## Chapter Three
## Capital

### Article Ten
The initial capital of the company shall be (Afs- ~~1,000,000~~ ) equivalent to (US$ 20000 ).

### Article Eleven
The initial capital of *Fidelis logistics and supply services* (company name) is set by the following shareholders:

| Sr# | Name | Father Name | Ownership in Business % | Title | NIC/Passport# | Signature |
|---|---|---|---|---|---|---|
| 1 | Fazil Haq | Haji Hafdad | 0 % | President | 1552799 | |
| 2 | M/Zabet | M/Hashem | 0 % | V-President | 61084 | |
| 3 | Fidelis logistics and supply Services limited has license # AFZ/05/324 | | | | | |
| 4 | Register Ajman Free Zone /UAE/ 100% | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |

In case of any changes in shares and capital the company shall inform relevant government bodies and to get registered at the commercial court and revenue office (Mostofiat).

### Article Twelve
Increase, transfer of shares and capital shall be applied upon decision of all the shareholders and shall be reported to AISA for further process and registration at commercial court and revenue office (Mostofiat).

## Chapter Four
## Management and Structure

### Article Thirteen
The company shall be managed by the by:
1. General Forum of Shareholders (GFS)
2. Board of Directors

### Article Fourteen
The general forum of shareholders is the most authorized and highest decision making body.

### Article Fifteen
General Forum of Shareholder's meeting shall be held once a year, upon need the Board of Directors shall request for special meetings which will be held at the head office of the company.


## Chapter Six
## Final Provision

**Article Twenty Four**

Other issues not specified in this statute, shall be dealt according to rules and regulations of commerce or other regulations imposed by the government time to time.

**Article Twenty Five**

The company shall submit its annual financial statement (balance sheet, profit and loss) to the office of revenue (Mostofiat) and shall pay all kind of applied taxes.

**Article Twenty Six**

This statute is applicable after signed by the general forum shareholders.

Signature, President                                    Signature, V – President