# EXHIBIT D

جمهـــــوری اســـلامی افغانســـتان

وزارت تـجــارت و صـــــنـایــــع

ریاست عمومی ثبت مرکزی و مالکیت فکری



**Islamic Republic of Afghanistan**
**Ministry of Commerce and Industries**
Directorate General of Central Business Registry & Intellectual Property

د افغانســـتان اسلامی جمهــوریت

دســـوداګــــری او صنـــایـعو وزارت

دمرکزی ثبت او فکری مالکیت لــوی ریــاست

| Reg #: | 111570 | د ثبت نمبر: | ۱۱۱۵۷۰ |
| --- | --- | --- | --- |
| License #: | 37629 | د جواز نمبر: | ۳۷۶۲۹ |

نمبر تشخیصیه مالیه / TIN
9004616778



جواز تشبث
**Business License**

شرکت خدمات لوژستیکی سیکور موفمنت
**Secure Movement Logistics Services**



مرستیال/V-President
روبین
**Rohen**



رئیس/President
احمد فرهاد
**Ahmad Farhad**

تصدیق کیږي دا جواز چی نوم یی پورته یاد شوی دی د محدودالمسؤلیت شرکتونو د قانون او د افغانستان د نورو نافذه قوانینو پر بنسټ ثبت او صادر شو.

تصدیق میگردد این جواز که نام آن در فوق ذکر میباشد، در مطابقت با قانون شرکتهای محدودالمسؤلیت و سایر قوانین نافذه افغانستان ثبت و صادر گردیده است.

It is certified that this license with mentioned name, is registered and issued in accordance with and subject to the LLC and other effective laws of Afghanistan.

| Issue Date: | 15/Dec/2019 | ۱۳۹۸/۰۹/۲۴ | د صدور نیته: |
| --- | --- | --- | --- |
| Valid Date: | 14/Dec/2022 | ۱۴۰۱/۰۹/۲۳ | د پای نیته: |
| Established: | 2017 | ۱۳۹۶ | د تاسیس کال: |
| | | حمل و نقل و انبار خانه ها (لوژستیک) | سکتور فعالیت: |

امضاء صلاحیت دار
**Authorized Signaturee**
د مرکزي ثبت اداره

قلعه فتح الله سرک سوم سرک موتر فروشی، مرکز
کابل, کابل

ادرس شرکت:

**69934**

نمبر مسلسل:

قیمت حق الطبع (۵۰۰) افغانی

<table>
<tr><td>

**Responsibilities**

This license is issued by Directorate General of Central Business Registry & Intellectual Property (ACBR-IP) in accordance with and subject to the effective laws of Afghanistan.

All businesses must submit their Business Declaration Form(s) according the law to the Revenue Department of the Ministry of Finance and Directorate General of ACBR-IP. Individuals and companies, who do not submit their declarations within the given timeline, will be penalized in accordance with the Income Tax law of the Islamic Republic of Afghanistan.

All businesses must abide by the effective Rules and Regulations of the Islamic Republic of Afghanistan in their commercial activities.

Based on their national obligations and services to the nation, businesses are obliged to import high quality materials and products and should avoid import of low quality goods.

All businesses must formally notify the ACBR-IP prior to any changes being brought to the company structure, shares, and address and should follow the legal procedures to have the changes registered accordingly.

Directorate ACBR-IP reserves the right to revoke, remand, suspend, amend, nullify and void or review this license in accordance with the effective licensing procedures.

In no event shall Directorate General of ACBR-IP or its representatives be liable for any damages whatsoever, including without limitation, damages for loss of business profits, business interruption, loss of business formation, detrimental reliance, consequential of incidental damages, including to third parties, or other pecuniary loss. Nothing in this license is to be constructed as guarantee, warranty or any form of indemnification.

**Privileges:**

Holder(s) of this license can import and/or export all permitted good (Transit of goods, logistics, getting business passport, establishment of branches abroad) in accordance with the effective laws of Islamic Republic of Afghanistan.

**Validity:**

The validity of this license is three (3) years from the date of issuance. For querying and verification of this license visit www.acbr.gov.af

</td></tr>
</table>





Government of Ajman

هيئة المناطق الحرة
**Free Zones Authority**

## Business License

## رخصة تجارية

| License Details | | | تفاصيل الرخصة |
|---|---|---|---|
| License No. | 22764 | 22764 | رقم الرخصة |
| Registration Number | 22764 | 22764 | رقم السجل |
| Trade Name | SECURE MOVEMENT GENERAL TRADING - F.Z.E | سكيور موفمينت جنرال تريدنج - م.م.ح | الاسم التجاري |
| Operating Name | SECURE MOVEMENT GENERAL TRADING - F.Z.E | سكيور موفمينت جنرال تريدنج - م.م.ح | الاسم التشغيلي |
| Legal Form | Free Zone Entity - F.Z.E | مؤسسة منطقة حرة - م.م.ح | الشكل القانوني |
| First Issue Date | August 28, 2017 | August 28, 2017 | تاريخ الإصدار الأول |
| Current Issue Date | August 28, 2023 | August 28, 2023 | تاريخ الإصدار الحالي |
| Expiry Date | August 27, 2024 | August 27, 2024 | تاريخ الإنتهاء |
| Business District | Ajman Free Zone | منطقة عجمان الحرة | منطقة الأعمال |
| Manager | AHMAD FARHAD MUZHDA | احمد فرهاد مزهد | المدير |

| Address | | | العنوان |
|---|---|---|---|
| Premises Number | Office - C1-320 C | Office - C1-320 C | رقم الموقع |
| Building  Name | AJMAN FREE ZONE C1 BUILDING | مبنى - منطقة عجمان الحرة C1 | اسم المبنى |
| Business District | Ajman Free Zone | منطقة عجمان الحرة | منطقة الأعمال |
| Area Name | C1 | C1 | اسم المنطقة |

| Activities | | | الأنشطة |
|---|---|---|---|
| Activity Name | General Trading Import & Export | تجارة عامة - استيراد و تصدير | النشاط |

| Shareholder (s) | | | | المساهم ( المساهمين ) |
|---|---|---|---|---|
| الأسماء<br>Names | عدد الأسهم<br>Number of Shares | النسبة المئوية<br>Percentage | الجنسية<br>Nationality | رقم جواز السفر<br>Passport Number |
| AHMAD FARHAD MUZHDA | 100 | 100 % | Afghanistan | O2505760 |



Authority Formation Decree

منطقة عجمان الحرة
Ajman Free Zone



License Document

مستند إلكتروني معتمد صادر بدون توقيع من هيئة المناطق الحرة في عجمان
Approved electronic document issued without signature by Free Zones Authority of Ajman
Toll Free 800 2392                    www.fza.ae

## Article of Association
## Chapter 1

**Article 1:**
This AoA is designed to regulate the activities of (**Secure Movement Logistics Services**)

**Article 2:**
The abovementioned company is (**Partnership**) and its dealings shall be concordant.

**Article 3:**
Main office of the company is based in (**KABUL**), and its branches can be opened in other parts of the country if needed. In case of establishment of any, the company should immediately notify the relevant Governmental authorities.

**Article 4:**
The company is a legal entity and its continuation is not limited.

**Article 5:**
Shares of the Company will be financed by its prospective shareholders as below:
**Article 6:**

| No | Name | Father's Name | Position | Parentage of Shares | TZ/ID No. | Volume | Page No. | Reg. No. | Place of Issue | Signature |
|----|------|--------------|----------|--------------------|-----------|--------|----------|----------|---------------|-----------|
| 1 | Ahmad Farhad Muzhda | Mohammad Kabir | President | 0% Percent | 491273 | 1 | 43 | 213 | Kabul | |
| 2 | Roheen Anwari | Mohammad Anwar | Vice-President | 0% Percent | 2479317 | 3 | 34 | 192 | Kabul | |
| 3 | Secure Movement General Trading FZE | Holding 100% of registered shares in Ajman Free Zone UAE. | | | | | | | | |



The relevant Governmental authorities should be immediately notified in case of any changes in the shares of the partners/shareholders of the company, if occurred.

**Article 7:**

The Company performs the following activities:

Exports: Legal goods

Imports: Legal goods

The Company can perform all kind of legal businesses.

## Chapter two
## Administration Structure of the Company

**Article 8:**

The company shall be administrated by the following organizations:
- ✓ General Assembly of the Founders of the Company
- ✓ Ordinary General Assembly of the Company
- ✓ Extraordinary General Assembly

**Article 9:**

The General Assembly of the Founders shall establish the General Assembly in according to the applied rules and regulations and the founders of the company shall accept it.

**Article 10:**

The ordinary general meetings will be held annually upon the request of the Board of Directors, who has the responsibility of below activities:

a) Hearing annual report of the Board of Directors.

b) Endorsement of procedure for dividing of income

c) Approval of annual balance based on report of the Board of Directors

d) Considering and approving of profit and loss accounts, considering and approving the budget for salaries and annual expenses.

e) Taking approval of the Board of Directors concerning wages of employees by signature of the Board of Directors.



### Article 11:

The Extraordinary General Assembly can be invited/requested to the General Assembly by the Board of Directors.

The Board of Directors of shareholders who represent 20% asset of the Company, can hold and invite the Extraordinary General Assembly, in case if:

a) If 20% asset of the company has been lost
b) Amending/adjusting the AoA
c) Increment or decrement in the asset/capital of the company (investment of the company)
d) Revocation/liquidation of the company

### Article 12:

In the General Assembly each participant has voting rights proportionate to the shares he/she has in the company.

### Article 13:

The father or a legal guardian will represent the immature (underage) partners/shareholders of the company through important meetings.

### Article 14:

The shareholders who are not able attend the meetings can nominate a legal representative and shall introduce him through a written letter.

### Article 15:

The Board of Directors of the company which is comprised of (       )   members will be selected for a period of one year by the General Assembly with majority of three quarter of the capital.

### Article 16:

Duties/responsibilities of the Board of Directors are as below:

1. Administrating and regulating the affairs of the company
2. Preparing professional account of moveable and immoveable properties and receivables, presenting the account of profit and loss to the General Assembly annually.

3. Preparing and presenting the report of operational performance of the company from the last (**one Year**).
4. Proposals and suggestions concerning future policy of the company
5. Budget implementation and annual expenditures of the company
6. Other task according to law

**Article 17:**

The Head of the Board of Directors is the representative of the company against third parties and shall defend the rights of the company before courts and against all litigations.

**Article 18:**

Regarding the responsibilities of the Board of Directors: members of the Board of Directors of the Company will be personally responsible for any performance that is against the Governmental rules and regulations of this AoA.

## Chapter 3
## Dissolution of the Company

**Article 19:**

If the company confronted a sudden loss and lost half of its investment/capital, the Board of Directors should invite the owners of the asset to an Extraordinary General Assembly in order to discuss the revocation or enduring of the company.

**Article 20:**

For making decision about dissolution of the company, the participants shall represent three quarter (three fourth) of the total capital of the company.

**Article 21:**

If the Extraordinary General Assembly approves the revocation of the company, the mentioned assembly should assigned a Commission which must have (1) members for clearance of accounts. The mentioned Commission shall seize all available assets, offices, documents and files related to the company from the Board of Directors and should perform according to the rule and regulation of commercial law. The Commission must clear the accounts, collect the receivables and pay the payables, thus the Commission should divide the existed asset to the asset owners according to the commercial law.

**Article 22:**



In case of dissolution and clearance of company, the Board of Directors and/or the General Assembly of the Company will act based on the enforced laws of Joint Venture companies and other regulations of Afghanistan.

## Chapter 4
## Final Provisions

### Article 23:
Regarding all those issues which are not mentioned in this AoA, the Financial Law and other regulations which are being ratified by the Government time to time will be enforced.

### Article 24:
The company shall report its annual profit and loss details to the Finance Ministry and to the local exchequer offices in other Provinces. A copy of the report should be presented to the central registration office.

### Article 25:
If the Company is a franchisee (authorized distributer) of foreign companies, so the Company is obliged to register the type imported goods, and the business detail of the company must be registered with the Ministry of Commerce and Industries.

### Article 26:
In case of any emergency or unspecified issues which are not mentioned in this AoA; the matter will be dealt according to the law.

### Article 27:
This AoA is enforced after signature of its shareholders.

Signature of the President                  Signature of the Vice-President

Translation By:

