# EXHIBIT E



**AL HADEED TRANSLATION SERVICES**

الحديد لخدمات الترجمة

**Emblem**
# Attorney General of the Islamic Republic of Afghanistan
*Department of Public Prosecution, Special Combating of Serious Crimes, Corruption, Administrative in Center of Justice*

Analysis of Judicial Order No. 40 dated 2021-02-08, the Honorable President of the Court of First Instance of the Serious Crimes of Administrative Corruption

Place of Issue: Department of Military Affairs  -  Date of Issue: 2021 - 04 - 25
Judicial Center

Administrative procedures:

Honorable President of the Court of First Instance for handling serious crimes of administrative corruption, according to judicial order No. (40) dated 2021 - 02 - 08, the documents of the case of two types of fuel, diesel and gasoline, required for the years 2014 to 2016, parts and among the central and provincial names of the Ministry of National Defense, attached by this letter No. (1352) dated 2021 - 01 - 26, have sent to the Honorable Office of the Attorney General of Military Affairs the fight against serious crimes of administrative corruption of the Judicial and Judicial Center, which the Honorable Department has sent the letter No. (1457) dated 2021 - 02 - 13 for the purpose of analyzing the judicial order of the court of the said honorable person and the subsequent legal proceedings to this department.

According to the report submitted by the high-ranking delegation of the presidency and the investigations carried out so far, the determination of the requirement made by the Directorate of Logistics under the Ministry of National Defense is (50%) more than the requirements of the National Army, if the amount of oil contained in the documents of the determination of the requirement after the approval of the contract, it has been reduced by 50% by ISAF, taking into account the needs of the national army, which are clear for them, and including the amount of 257 million liters of oil (diesel and gasoline) contained in the documentation of the requirement list for one year, the amount of 152 million liters (diesel and gasoline) is included in the contract. The claims presented in the reports of the Directorate of Logistics that the determination of the need for the figures obtained from the totals of the various parts of the National Army has been made according to the expenses of the previous years, when the needs are met based on the non-cash (goods) aid of ISAF/NATO is not convincing at all. The determination of the need by ISAF/NATO was based on the standards of the USA National Army and their expenditure standards, but for the Afghan officials, the benchmark and the criterion of the determination of the need should have been the objective facts and the real needs of the National Army and not based on the

نؤكد بموجب هذا المستند أن شركة الحديد لخدمات الترجمة قد قامت بترجمة هذه الوثيقة حسب الأصول بناء على طلب العميل ويجب تقديمها إلى من يهمه الأمر فقط ولا يفترض تقديمها لوزارة العدل الإماراتية
**LANDLINE: 04-2868561, MOBILE: 0522862224, P.O.BOX: 377671, DUBAI, U.A.E**
**WWW.TRANSLATIONSERVICES.AE : INFO@ALHADEEDDUBAITRANSLATION.COM**



## AL HADEED TRANSLATION SERVICES
الحديد لخدمات الترجمة

past values, as according to the respected officials of the Ministry of Defense was directly given to the units and pamphlets of the National Army without a plan and without transparency. The contract of determining the need in question is against paragraph (4) of article (14) of the procurement law published in the official gazette number (957) dated 07-29-2008.

In the same way, the Department of National Defense has sent the procurement and supply documents to the Afghan Reconstruction and Development Service (ARDS) for the purpose of further implementation, and the ARDS has awarded the contract in question through a two-stage method without a framework contract to open tenders. And this project is published on the Internet sites (ARDS) of the Ministry of National Defense and Anees newspaper. After the announcement of tenders and the end of the deadline for the submission of offers, the number of (17) companies present and submit their documents to the (ARDS) office, that the said department assigned the documents of the volunteer companies to the Ministry of National Defense for the purpose of prior confirmation of the eligibility of the volunteers to be appointed and purchased by the Ministry of National Defense. The Evaluation Board of the Department of Supply and Purchase of the Ministry of National Defense, with the participation of the ISAF representative, evaluated the documents of the volunteer companies, and as a result, including (17) volunteer companies (6), considered the future company to be eligible for the contract and sent the evaluated documents of the mentioned companies to the ARDS department.

1- joint ventures of BB Energy (Gulf) and Afghan National Petroleum Company

2- Ghazanfar NEFT Gas Company

3- Joint companies of Rafi Navy Peyman and Northern People's International Company

4- Rahmat Siddiqi transportation company

5- Joint companies of Northern Province Logistics, Abdul Wasay Faqiri Company and General Logistics Group Company.

6- Joint companies of Aro General Logistics Group, Ibrahimzadah and Parwan Group Company.

The said administration sent the bidding letter to (6) qualified companies mentioned above on 2014 - 04 - 22 and at 10:00 AM on 2014 - 05 - 25 it determined the deadline for submission and organizing the opening meeting. By the set deadline, the offer made in the office (ARDS) with the participation of the Ministry of National Defense and ISAF, including (6) two companies each - 1 Rehmat Siddiqui Transport Company  2 - BB Energy Joint Companies (Golf) and Afghan Petroleum Company did not show up on time and due to the delay, their offers were not submitted and subsequently the documents (offers) of the four tender companies that were present at the opening of the bids were sent to the Ministry of National Defense for the purpose of evaluating the supply and purchase process. The Evaluation Board of the Department of Supply and Purchase

نؤكد بموجب هذا المستند ان شركة الحديد لخدمات الترجمة قد قامت بترجمة هذه الوثيقة حسب الأصول بناء على طلب العميل ويجب تقديمها إلى من يهمه الأمر فقط ولا يفترض تقديمها لوزارة العدل الإماراتية

LANDLINE: 04-2868561, MOBILE: 0522862224, P.O.BOX: 377671, DUBAI-U.A.E
WWW.TRANSLATIONSERVICES.AE : INFO@ALHADEEDDUBAITRANSLATION.COM



**AL HADEED TRANSLATION SERVICES**
الحديد لخدمات الترجمة

of the Ministry of National Defense has evaluated (4) the winning company after comparing the prices of different authorities of the four companies, while their prices are higher than the estimated rate of the branch and the price provided by ISAF. The presented four companies are deemed to be responsive and are arranged in the form of a trail in Seven Sections.

**The first section**: Petroleum materials (oil) needed for parts and among central parts, the amount of oil diesel as an estimate for three years, 285,000,000 liters and the amount of oil and gasoline as an estimate for three years, 3,750,000 liters, to Ghazanfar NEFT Gas Company (Limited Liability Company) at the final price (Both items are listed in Afar) in the amount of 378,300,000 US dollars.

**The 2nd & 4th sections**: The petroleum materials (oil) in need of the army corps (201) Silab, including the provinces of Bamyan, Parwan, Kapisa, Panjshir, Nuristan, Kunduz, Laghman and Nangarhar, the amount of oil diesel as an estimate for three years (81,000,000 ) liters and the estimated amount of petroleum oil for three years (186,000, 3) liters at a total price of (111,999,420) US dollars to Rafi Navy Peyman and Northern Peoples International joint companies and also in the fourth section for field corps (205) Ethel including Daikandi provinces, Uruzgan, Zabul, Kandahar, the previous amount of diesel as an estimate for three years (82,200,000) and the amount of gasoline as an estimate for three years (3,048,000) liters of oil at the total price of (110,852,880) US dollars for the listed companies.

**The 3rd and 5th sections**: petroleum materials (oil) required by the field corps (203) of Tander, including the provinces of Wardak, Logar, Paktia, Paktia, Khost and Ghazni, the amount of oil and diesel as an estimate for three years (92,400,000 liters) and the amount of gasoline Estimated statement for three 1,065,000 (Liter) diesels of the third year at a total price of USD (120, 580,500). for the joint companies of General Supplies Ebrahimzadeh and Parwan Group and Sahoui (207) Zafar, including the provinces of Herat, Farah Badghis and Ghor, the amount of oil As an estimate for the estimated price for the three (430,280, 79) dollars still in the fifth section for the year: 63,900,000 liters and the estimated amount of petroleum oil for three years is 672,000 liters at a final price of 79,430,280 US dollars for the aforementioned companies.

**The 6th and 7th sections**: The petroleum materials (oil) required by the Field Army Corps (209) of Shahin, including the provinces of Jawzjan, Sarpol, Balkh, Samangan, Baghlan, Kunduz, Takhar, and Badakhshan, the amount of oil needed for an estimated period of three years (80,400,000) liters and the estimated amount of petroleum oil for three years (1,182,000) liters at a total price of (105,237,000) US dollars for the joint companies of Northern Province Logistics Service, Abdul Wase Faqiri and General Logistics and in the seventh lot for the field Corps (215) includes the provinces of Nimroz, Helmand, the previous amount of diesel as an estimate for three years (73,500,000 liters) and the estimated amount of diesel fuel for three years (1,614,000 liters), which is the total price of both items of the discussed tile (87, 599, 520) is divided.

نؤكد بموجب هذا المستند أن شركة الحديد لخدمات الترجمة قد قامت بترجمة هذه الوثيقة حسب الأصول بناء على طلب العميل ويجب تقديمها إلى من يهمه الأمر فقط ولا يفترض تقديمها لوزارة العدل الإماراتية
LANDLINE: 04-2868561, MOBILE: 0522862224, P.O.BOX: 377671, DUBAI, U.A.E
WWW.TRANSLATIONSERVICES.AE : INFO@ALHADEEDDUBAITRANSLATION.COM



**AL HADEED TRANSLATION SERVICES**
الحديد لخدمات الترجمة

Subsequently, after completing the investigation and arranging the indictment and the form of the criminal case No. (1352) dated 2021 - 01 - 26 , issued by the honorable directorate of the investigation of serious crimes of administrative corruption in the judicial and judicial center, the related documents were assigned to the honorable court of investigation of serious crimes of administrative corruption in the judicial and judicial center for the purpose of separation from Sharia and making a legal decision that the honorable court, based on its judicial order number (40) dated 08-02-2021, has decided to declare a gap and deficiencies in the investigation, and the documents from the Honorable Department of Military Primary Prosecutor's Office have been forwarded to this directorate for further actions, which are as follows its cases are analyzed:

**1- Analysis of the first judicial decision of the honorable court:** In the case of his own lawsuit regarding the need determination board, the prosecutor claimed that at the two mentioned cases of "Oil" required for parts and components of the national army, contrary to paragraph 4 of article 14 of the Procurement Law, it has determined more than the requirements of the Ministry of National Defense, amounting to 257,400,000 liters of oil for one year. However, the information provided by the foreign officials showed that 152 million liters of oil needed by the National Army units for one year and according to paragraph 2 of Article 407 of the Penal Code, they demanded a penalty, while the prosecutor needs for conducting comprehensive research to prove the responsibility and non-responsibility of the Determining Board of the Ministry of Defense. Respected Research Board in the field of Inquiry No. 3126 dated 16-02-2021 and 3551 dated 02-03-2021 regarding the determination of the need for two items of oil, petrol and diesel for the fiscal year 2015 of the Ministry of National Defense from the central and provincial departments and the objective needs of the departments The mentioned ministry asked for information, and in response to the query, they said the following: The order to review the documents and books in the logistics and technical department under the supervision of four members of the board to determine the need for two diesel and gasoline needs of the national army departments for the year 2015 in the form of a unit in the number of two 51 copies of documents related to field corps and 111 copies of documents related to central departments were received. Regarding the fact that there are no sufficient documents and supporting documents and the responsibility for the progress of affairs at that time is related to the persons who have signed the documents confirming the need, their names are also included, the documents of the number of armored vehicles, normal vehicles and generators separately It was not observed, as many as (14) copies of the textbook on the need for two types of oil, diesel and gasoline for vehicles and generators for central parts and field corps for the year 2014, as many as (36) copies of supporting documents and as many (95) copies of the supporting documents for fixing the central parts' tail are presented to the respected authority, in the number of (13) copies of the supporting documents for fixing the need for two items of tail required for the vehicles and generators of the field army and the number of (14) sheets of supporting documents for fixing the need for the central parts and one volume The contract for the first lot of equipment in Kabul and the second lot in Herat, Ghor, Badghis and Farah) contains (27) sheets for the fiscal year 2012 and is submitted to the honorable authority. The leader intends to finish the article (12.13.2.2) of policy 4.0 and

نؤكد بموجب هذا المستند أن شركة الحديد لخدمات الترجمة قد قامت بترجمة هذه الوثيقة حسب الأصول بناء على طلب العميل ويجب تقديمها إلى من يهمه الأمر فقط ولا يفترض تقديمها لوزارة العدل الإماراتية
LANDLINE: 04-2868561, MOBILE: 0522862224, P.O.BOX: 377671, DUBAI-U.A.E
WWW.TRANSLATIONSERVICES.AE : INFO@ALHADEEDDUBAITRANSLATION.COM



## الحديد لخدمات الترجمة
## AL HADEED TRANSLATION SERVICES

arranges for the purpose of the parts and among the names of the request of the initial master of the contracts (file of unification of the requirement) related to the correct set: on the stages of the procurement process to the deputy director of technology and logistics is sent A total of (336) sheets of documents for the years 2014, 2015 and 2016, which were seen in the presence of the four-member board, are respectfully submitted to the honorable authority. The documents submitted by the Logistics Directorate of the Ministry of National Defense, the research committee, in consideration of the documents presented by that respected department, the comparative table of the difference in the amount of oil for the years 2014, 2015 and 2016 for the parts and among the names of the Ministry of National Defense, comprehensively study and the difference of each part. And among the central and provincial names, the total amount of (51,484,425) liters of diesel oil and (2,929,482) liters of gasoline oil, the difference between 2015 and 2016 has been revealed. In addition, it is worth mentioning that, based on the documents provided by the Directorate of Logistics, the difference between 2014 and 2015 is only two sections, one of which is the central one, and the 207th Zafar Corps compared with the year 1393, which is only mentioned in two sections (59,908,087) Liters increase in diesel demand in 2015 was disclosure.

**2- Analysis of the second case of the judicial order**: the prosecutor is obliged to demand punishment in case of a lawsuit against the evaluation board for the price of the winning companies to be higher than the market rate in accordance with paragraph (2) of article (407) of the Penal Code, but the loss which has not been confirmed by the evaluation board into the government treasury, in order to ensure the justice of the investigation board, based on its letters No. And the liquid work about the real price of two types of oil, gasoline and diesel, the necessity of the financial year 2013, the parts and among the names of the Ministry of National Defense with the American standard, according to the terms of the contract, the information was requested from the global market of Arab oil, which the honorable directorate issued number (13) dated 2021 - 03 - 24 has provided information regarding the prices of the Arab Gulf global oil market and said that after the information provided by that directorate, the committee responsible for investigating the price report provided by (Ghazanfar NEFT Gas, Abdul Wase Faqiri, General Logistics Group and Northern Company ) compared with the invoices and the price provided by the supply and distribution department of the state-owned oil and gas companies of Afghanistan and based on that, it was found that the rates provided at the time of each delivery were appropriate to the international rate, which in the context of papers no.( ) attention of the board We want honorable judge.

It is worth mentioning that the Honorable CSTC-A Department, through letter No. APO AE 09353 dated December 3, 2015, has written to the honorable Deputy Minister of Supply, Technology and Logistics of the Ministry of National Defense that a systematic review of the prices of oil, diesel and gasoline was conducted by the sponsors of Resolutions MOD-G-1822 ICB 1 and ICB2 above the Ministry of Defense. The market situation at the time of implementation of the resolution was appropriate. Based on the findings of the Systemic



# AL HADEED TRANSLATION SERVICES
الحديد لخدمات الترجمة

Theory meeting, the procurement commission met with the results of the remaining references and watchers agree, in the context of the file ( ) file, it is difficult to understand.

**3- Analysis of the third case of the judicial order:** after conducting the investigation, the prosecutor is required to carry out a comprehensive investigation if the contract rate is fixed in relation to the global price market. Contracts of each Ghazanfar NEFT Gas Company, joint companies of Northern Province Logistics, Inc. Abdul Wase Faqiri and General Logistics Group company determined how much diesel and gasoline they supplied to the Afghan National Army and what amount of money they received and how much damage they caused to the government. Inquiry No. (3128) dated 2021 - 02 - 16 from the Finance and Budget Department of the Ministry of National Defense of Jama regarding the payment for oil diesel and gasoline, damage caused to the government and other matters included in the order, which they have written as follows (calculation) and measuring the price of the two items of oil (diesel and gasoline) included in this query according to the terms of the contract and the Arab Gulf international rates, which was carried out by the officials responsible for managing the cost and price of procurement, the Department of Procurement, Supply and Purchase, the Honorable Vice President of Supply, Technology and Logistics and it has gone through the stages, its prices are different and not the same according to the date of delivery, which later the table of its calculation along with the forms (8) and other supporting documents were seized from the honorable department of procurement of official schools for the purpose of arranging the form 7 The report of receipt of a title was sent to the directorate of regulation and resource management of the deputy directorate of technology and logistics, and subsequently the mentioned documents, after calculation and confirmation from the directorate of the directorate of regulation of resources of the deputy directorate of technology and logistics, were issued a title of this directorate during the next steps, which is a document To the above documents, after the calculation of Form 16, it has been arranged and after going through the procedures of the interested branches and after the seal and approval of the Honorable CSTC-A Commandery, for the purpose of arranging a title check of the Honorable Department of Treasury of the Galilee Ministry of Finance, the fixed table of the price of oil with schools has been issued. The Department of Procurement is hereby submitted, and in addition, the contract number (MOD /1822/1CP/2) for procurement in the field of necessity for the years 1393 to 1395 with a total price of (193,136,520) one hundred and ninety-three million one hundred and thirty-six One thousand five hundred and twenty US dollars was agreed and contracted with Northern joint companies with a fifty percent share, Abdul Wase Faqiri Company with a twenty five percent share, and General Logistics Company with a twenty five percent share. Transferred, which has remained suspended until now, we mention below, one Northern company amounting to (90,443,667) Afghanis, the second company of Abdul Wase Fatiri amounting to (44,261,508) Afghanis and General Logistics Company amounting to (44,259,274) Afghanis. Afghani and the number of two sheets of the till table completed with the 8 records forms and their discharge locations are attached, and for the additional 25% which contains the amount of (15,249,420 US dollars) according to The verbal order of the high authority of the honorable president of the Islamic Republic of Afghanistan has been

نؤكد بموجب هذا المستند أن شركة الحديد لخدمات الترجمة قد قامت بترجمة هذه الوثيقة حسب الأصول بناء على طلب العميل ويجب تقديمها إلى من يهمه الأمر فقط ولا يفترض تقديمها لوزارة العدل الإماراتية

LANDLINE: 04-2868561, MOBILE: 0522862224, P.O.BOX: 377671, DUBAI, U.A.E
WWW.TRANSLATIONSERVICES.AE : INFO@ALHADEEDDUBAITRANSLATION.COM



# AL HADEED TRANSLATION SERVICES
الحديد لخدمات الترجمة

suspended and the contract (MOD1822) for the supply of two oil pens required for the years 2015 - 2017, parts and among the names of the Ministry of National Defense at a total price of (806,329,416) US dollars with the company Ghazanfar NEFT Gas has been signed and approved, including (52,486,380) US Dollars, and the remaining amount of the contract is terminated due to the verbal order of the High Authority.

Based on the documents sent by the Department of Finance and the budget of the Ministry of National Defense, which were verified by the research board, the delivery was arranged for the aforementioned companies separately, and based on the information included in the table of each invoice after the information of Arab Gulf and International Market. And it has been sent to the Honorable Director of Regulation and Resources Administration for assessment and evaluation. In the field of papers from ...... to ..........., the file can be checked.

In addition, regarding the payment of money in the per liter model, I asked for the information that they have written in this context (where the documents and the heads of cost management and pricing in the past, where a number of members of the procurement department were removed, the previous managers were present. The following documents copy was observed, the original of which was sent to the Honorable Head of Administration and Resources for the execution of remittances for the special contracts (MOD 18221CB1) with Ghazanfar NEFT Gas L.L.C, Abdul Wase Faqiri, NPLS and General Logistics Group for the years 2015 to 2017 the contract was signed, it has been concluded.

1. The total number of (11) sheets of the unified table of Oil, Diesel, Gasoline related to the Ghazanfar NEFT Gas Company and the mentioned oil delivery locations.

2. (4) sheets of unified table of Oil, Diesel, Gasoline related to NPLS company and its delivery locations.

3. The number of (4) sheets of the unified table of oil, diesel and gasoline of General Logistics Group and its delivery locations.

4. The number of (4) sheets of unified table of oil and petrol of Abdul Wase Faqiri company and its delivery locations

5. The number (2) of oil diesel and petrol report sheets of all four companies from the date of the contract to 2015 - 06 - 28 for remittances issued that the total supply with diesel and petrol for all four contracts and the remittances issued by the letter number (831) dated 2015 - 12 - 14 of the previous cost management including previous invoices and information tables) has been sent to this attorney's office as an example. The purchase of the Ministry of National Defense has also pointed out in connection with the case under discussion (that the statements of the previous officials of the prices of diesel from the Arab Gulf site and gasoline from the International Market site by the committed companies, including the contract acquisition and individuals (BEL) They said that for those remittances, the arrangement and implementation of the subsequent actions will be sent

LANDLINE: 04-2868561, MOBILE: 0522862224, P.O.BOX: 377671, DUBAI-U.A.E
WWW.TRANSLATIONSERVICES.AE : INFO@ALHADEEDDUBAITRANSLATION.COM



# AL HADEED TRANSLATION SERVICES
الحديد لخدمات الترجمة

to the Directorate of Administration and Resources, which is now the documents copy of the remittances of three companies, Abdul Wase Faqiri, General Logistics and NPLS, which according to the statements of the previous officials, the original documents were sent to the Directorate of Administration and The sources have been sent and the following proceedings are submitted to the honorable attorney's office.

**4- The analysis of the fourth case of the court's decision**: Considering the file documents and the conditions of the contract is such that the oil imported from Afghanistan is under embargo and the companies are allowed to supply oil from inside the country. have not had, and the contract companies have the obligation to supply the oil according to the American standard, according to the attorney, they are obliged to inform the main price of the oil from the Afghan markets at the time of supply, how many Afghanis per liter of diesel and gasoline, until the difference in the oil supply It has been established by the Northern Province company with the contract that the damage caused by the transgression of the oil against the contract was in Afghani. In the context of its reference letter number (5372) dated 2021 - 03 - 20, the Board of Inquiry has obtained information from the respected directorate of supply and distribution of Afghan oil companies about gasoline and diesel that the mentioned oils in the markets inside Afghanistan with the American standard was how many Afghanis per liter in the fiscal year 2014, which the honorable directorate wrote in response to the letter number of this department in its reference letter number (22) dated 2021 - 03 - 25 (that the Afghan Oil and Gas Company in the year 2013 does not have petrol in reserves, according to the price of petrol in the fiscal year 2013, the price per liter of diesel in 2013 was 60 afghanis from the government oil tanks and 59 afghanis from the reserves. This attached letter is sent to you. In the case of papers, the papers numbered from ...... to ........... can be checked. In addition, in connection with the issue of the research board, according to the documents provided by the supply and distribution department of Afghanistan's oil and gas companies, which provided each liter of oil at the amount of 59 and 60 Afghanis, and according to the information provided by the finance department of the Ministry of National Defense, the company .... the total amount of 5826332 million liters of oil diesel and 41320 thousand liters of petrol, which totals 5867652 million liters of both oil and diesel at the rate of 60 afghanis per liter (352059120 million afghanis) and 59 afghanis per liter (amount of 346191468 afghanis) ). In the field of papers, the papers number ....... and ..... files can be checked.

5- The analysis of the fifth judicial decision of the Honorable Court: It is based on the terms of the contract and agreement, which includes the sheet .......... to ...... file, (is such that the prices will be adjustment), the following method for calculating: the letter that includes the sheet (to) the relevant services that will be performed Price adjustment will be used for the goods that have been charged and adjusted: (1) Prices: will be subject to adjustment/revision based on the five-day average price for diesel in the Arabian Gulf will be bbl, for gasoline or gasoline from the International Gasoline Market.

The seller must provide the buyer with the detailed item including the auxiliary information that confirms the price increase and decrease, adjustment (increase/decrease) in the price is acceptable only in the price of EX



# الحديد لخدمات الترجمة
## AL HADEED TRANSLATION SERVICES

works (the price is according to each COL7 of the price table) and All other costs based on each unit (materials, rent to: final delivery points, transit loss insurance, prices, etc.) (according to each col. 7 of the price table) remain fixed and unchanged in the contract currencies. Adjustments in the average price of five days (for diesel, gasoline Arab Gulf bbl for gasoline or gasoline, the international gasoline market will increase and decrease. (!!) to pay the price of EX works, the price is based on the 6.Col price table (based on the five-day average price) for diesel gasoline in the Arab Gulf bbl , for gasoline or gasoline of the International Gasoline Market) which will be adjusted in the price report. The adjustment will be in the same proportion that the five-day average price (for diesel-gasoil in the Arabian Gulf bbl for gasoline or gasoline in the international market for gasoline) increases or decreases. The average price for five days (for diesel-gasoil in the Arab Gulf bbl for gasoline or gasoline in International Gasoline) on the 7th, 7 days before the delivery date in the field, taking the average of five days, the following price will be calculated:

Now, according to Article (177) of the Criminal Procedures Law, the demands contained in the above judicial order number are assigned to the Honorable Prosecutor's Office of the Askari Judicial Center of the Judicial and Judicial Center until the Honorable Prosecutor's Office has completed the analysis and documents of the case along with this order. Sincerely, for the purpose of shari'a and legal separation assigned by the honorable court of the preliminary investigation of the serious crimes of administrative corruption of the judicial center.

With respect

- **Signature of the Prosecutors in charge of the committee: Signed**
- **Signature of Mr. Ahmad Fawad "Delyar" - Attorney General Military Appeals and President - Joint Committee of the Justice and Judicial Center**



نؤكد بموجب هذا المستند أن شركة الحديد لخدمات الترجمة قد قامت بترجمة هذه الوثيقة حسب الأصول بناء على طلب العميل ويجب تقديمها إلى من يهمه الأمر فقط ولا يفترض تقديمها لوزارة العدل الإماراتية
LANDLINE: 04-2868561, MOBILE: 0522862224, P.O.BOX: 377671, DUBAI-U.A.E
WWW.TRANSLATIONSERVICES.AE : INFO@ALHADEEDDUBAITRANSLATION.COM

د افغانستان د اسلامی جمهوریت لوی څارنوال
د عدلی او قضائی د اداری فساد پر ضد دعوی
جرمونو څانګری څارنوال لوی ریاست

لوی څارنوالی جمهوری اسلامی افغانستان
ریاست عمومی څارنوالی اختصاصی مبارزه علیه
جرایم سنگین فساد اداری مرکز عدلی قضایی

تحلیل قرار قضائی نمبر 40 مورخ 1399/11/20 ریاست محترم محکمه ابتدائیه رسیده گی به جرایم سنگین فساد اداری

| 1400/2/5 | تاریخ صدور: | محل صدور: ریاست څارنوالی عسکری نظامی مرکز عدلی وقضائی |

**اجراآت اداری :**

ریاست محترم محکمه ابتدائیه رسیدگی به جرایم سنگین فساد اداری طی قرار قضائی شماره (40) مورخ 1399/11/20 خویش اوراق قضیه دو قلم تیل دیزل و پطرول ضرورت سالهای 1393 الی 1395 قطعات و جزوتام های مرکز و ولایتی وزارت دفاع ملی را ضمیمه نامه شماره (1352) مورخ 1399/11/7 خویش به ریاست محترم څارنوالی ابتدائیه عسکری مبارزه علیه جرایم سنگین فساد اداری مرکز عدلی وقضائی ارسال نموده اند ، که آن ریاست محترم ذریعه نامه شماره (1457) مورخ 1399/11/25 خویش اوراق نسبتی را غرض تحلیل قرار قضائی محکمه محترم مذکور و اجراآت بعدی قانونی به این ریاست ارسال داشته اند.

**رویداد قضیه :**

به ملاحظه گزارش ارائه شده هیئت محترم مقام عالی ریاست جمهوری و تحقیقات که الی کنون انجام گردیده تثبیت احتیاج که توسط ریاست لوژستیک ستردرستیز وزارت دفاع ملی صورت گرفته است (50%) بیشتر از حد ضرورت های اردوی ملی بوده چنانچه مقدار تیل مندرج اسناد تثبیت احتیاج بعد از منظوری قرار داد ، توسط آیساف با در نظر داشت نیازمندی های اردوی ملی که برای آنها مشخص و معلوم بوده ، حدود (50%) کاهش داده شده است و از جمله مقدار (257) میلیون لیتر تیل (دیزل و پطرول) مندرج اسناد تثبیت احتیاج را از بابت یک سال ، مقدار (152) میلیون لیتر (دیزل و پطرول) آن شامل قرارداد گردیده است . ادعا های ارائه شده در رایور های ریاست لوژستیک ستردرستیز مبنی بر اینکه تثبیت احتیاج بروی ارقام واصله از جزو تام های قطعات مختلف اردوی ملی بر وفق مصارف سالهای قبل که نیاز هاۍ بر اساس کمک های غیر نقدی (جنسی) آیساف/ناتو تأمین میشود ،صورت گرفته و به هیچ صورت قلم کننده نیست . تثبیت احتیاج توسط آیساف/ناتو براساس معیارات اردوی امریکا و استندرد های مصارفاتی شان بوده است اما برای مسؤلین افغان عکس و معیار تثبیت احتیاج باید واقعیت های عینی و ضرورت های واقعی اردوی ملی میبود نه به گفته به مسؤلین محترم وزارت دفاع ملی بدون حساب و غیر شفاف به قطعات و جزوتام های اردوی ملی مستعمل داده میشد . تثبیت احتیاج قرارداد مورد بحث خلاف فقره (4) ماده (14) قانون تدارکات منتشره جریده رسمی شماره (957) مورخ 8/ اسد /1387 میباشد.

به همین سلسله ریاست خریداری و اکمال وزارت دفاع ملی، اسناد تثبیت احتیاج را غرض اجراآت بعدی به اداره خدمات بازسازی و انکشافی افغانستان (ARDS) گسیل داشته که اداره ARDS قرارداد مورد بحث را از طریق روش دو مرحله ی تحت قرارداد چارچوبی به اعلان داوطلبی باز سپرده و این پروژه در سایت های انترنتی (ARDS) وزارت دفاع ملی و روزنامه انیس به نشر می رسد. بعد از اعلان داوطلبی و ختم ضرب الاجل تسلیمی آفرها، بتعداد (17) شرکت حاضر و اسناد خویش را به اداره (ARDS) تسلیم میدارند که اداره مذکور، اسناد شرکت



های داوطلب را غرض تثبیت قبلی اهلیت داوطلبان ریاست اکمال و خریداری وزارت دفاع ملی محول نموده اند . هیئت ارزیابی ریاست اکمال و خریداری وزارت دفاع ملی با اشتراک نماینده آیساف، اسناد شرکت های داوطلب را ارزیابی نموده و در نتیجه او جمله (17) شرکت داوطلب، (6) شرکت آن را واجد شرایط شرطنامه دانسته و اسناد ارزیابی شده شرکت های مذکور را دوباره به اداره (ARDS) ارسال میدارد.

1- شرکت های مشترک بی بی ارجی (گلف) و شرکت افغان نشنل پطرولیم
2- شرکت غضنفر نفت گاز
3- شرکت های مشترک رفیع نوی بیان و شرکت نادرن پیلار انترنشنل
4- شرکت ترانسپورتی رحمت صدیقی
5- شرکت های مشترک نادرن پرویس لوژستیک، شرکت عبدالواسع فقیری و شرکت جنرال لوژستیک گروپ
6- شرکت های مشترک آر جنرال لوژستیک گروپ، ابراهیم زاده و شرکت پروان گروپ .

اداره مذکور، بتاریخ 1393/02/02 شرطنامه را به (6) شرکت واجد شرایط فوق الذکر توزیع و ساعت 10 قبل از ظهر تاریخ 1393/03/04 را ضرب الاجل تسلیمی و تصویر جلسه بازگشائی آفر ها تعیین میکند. به ضرب الاجل تعیین شده آفر گشائی که در دفتر (ARDS) با اشتراک نماینده گان وزارت دفاع ملی و آیساف صورت گرفته ، از جمله (6) شرکت دو شرکت هریک 1- شرکت ترانسپورتی رحمت صدیقی 2- شرکت های مشترک بی بی ارجی (گلف) و شرکت افغان پطرولیم به وقت معین حاضر نگردیده و به نسبت تأخیر، آفرهای شان تسلیم گرفته نشده و متعاقبا اسناد (آفرهای) چهار شرکت داوطلب که در آفر گشائی حاضر گردیده بودند، غرض ارزیابی بریاست اکمال و خریداری وزارت دفاع ملی ارسال گردیده است . هیئت ارزیابی ریاست اکمال وخریداری وزارت دفاع ملی، ارزیابی (4) شرکت برنده داده بعد از مقایسه قیات مراجع مختلف، آفر های چهار شرکت مذکور را در حالیکه قیات آنها نسبت به نرخ تخمینی شعبه عایده و قیمت ارائیه شده آیساف بلند تر بوده و آفر های ارائیه شده چهار شرکت را جوابگو پنداشته و طی هفت لات به شکل ذیل تنظیم مینمایند .

بخش با لات اول: مواد نفتی (تیل) مورد ضرورت قطعات و جزو تام های مرکزی مقدار تیل دیزل به صورت تخمینی برای سه سال (285،000،000) لیتر و مقدار تیل پطرول به صورت تخمینی برای سه سال (3،750،000) لیتر به شرکت غضنفر نفت گازکپید به قیمت مجموعی (هر دو قلم تیل دیزل افر) مبلغ (378،300،000) دالر امریکائی.

بخش با لات دوم و چهارم: مواد نفتی (تیل) مورد ضرورت قول اردو (201) سیلاب شامل ولایات. بامیان، پروان، کاپیسا پنجشیر، نورستان، کندز، لغمان و ننگرهار مقدار تیل دیزل به صورت تخمینی برای سه سال (81،000،000) لیتر و مقدار تخمینی تیل پطرول برای سه سال (3،186،000) لیتر به جموعی قیمت (111،999،420) دالر امریکائی به شرکت های مشترکه رفیع نوی بیان و نادرن پیلار انترنشنل و همچنان در لات چهارم برای قول اردو ساحوی (205) اتل شامل ولایات دایکندی، ارزگان، زابل، کندهار، مقدار تیل دیزل به صورت تخمینی برای سه سال (82،200،000) و مقدار تیل پطرول به صورت تخمینی برای سه سال (3،048،000) لیتر تیل به جموعی قیمت (110،852،880) دالر امریکائی برای شرکت های فوقاً ذکرشده .

... لات سوم و پنجم : مواد نفتی (تیل)مورد ضرورت قول اردو ساحوی (203) تندر شامل ولایات وردک، لوگر، پکتکا، پکتیا، خوست و ...هار مقدار تیل دیزل به صورت تخمینی برای سه سال (92،400،000) لیتر و مقدار تیل پطرول به صورت تخمینی برای سه سال (1،065،000) لیتر به مجموعی قیمت(120،580،500) دالر امریکائی برای شرکت های مشترک اورجنرال سپلایز، ابراهیم زاده و یروان گروپ و همچنان در لات پنجم برای قول اردو ساحوی(207) ظفر شامل ولایات هرات، فراه، بادغیس وغور مقدار تیل دیزل به صورت تخمینی برای سه سال (63،900،000) لیتر و مقدار تیل پطرول به صورت تخمینی برای سه سال (672،000) لیتر به مجموعی قیمت (79،430،280) دالر امریکائی برای شرکت های فوقاً ذکر شده .

بخش یا لات ششم و هفتم: مواد نفتی(تیل) مورد ضرورت قول اردو ساحوی (209) شاهین شامل ولایات جوزجان ،سرپل، بلخ، سمنگان، بغلان، کندز، تخار، و بدخشان مقدار تیل مورد ضرورت به صورت تخمینی برای سه سال(80،400،000) لیتر ومقدار تخمینی تیل پطرول برای سه سال (1،182،000) لیتر به مجموعی قیمت (105،237،000) دالر امریکائی برای شرکت های مشترک نادرن پراوینس لوژستیک سرویس، عبدالواسع فقیری و جنرال لوژستیک و در لات هفتم برای قول اردو ساحوی (215) میوند شامل ولایات نیمروز ، هلمند مقدار تیل دیزل به صورت تخمینی برای سه سال (73،500،000) لیتر و مقدار تخمنی تیل پطرول برای سه سال (1،614،000) لیتر که مجموعی قیمت هر دو قلم تیل مورد بحث (87،599،520) تقسیم بندی گردیده است.

متعاقباً اوراق نسبتی بعد از اکمال تحقیق و ترتیب اتهامنامه و صورت دعوی جزائی ذریعه صادره شماره ( 1352) مورخ 1399/11/7 ریاست محترم ابتدائیه عسکری مبارزه علیه جرایم سنگین فساد اداری مرکز عدلی وقضائی غرض انفصال شرعی و اتخاذ تصمیم قانونی محول محکمه محترم ابتدائیه رسیده کی به جرایم سنگین فساد اداری مرکز عدلی وقضائی گردیده بود که آن محکمه محترم ذریعه قرار قضائی شماره (40) مورخ 1399/11/20 خویش تصمیم مبنی بر قرار خلاء و نواقص تحقیقاتی تصمیم اتخاذ نموده و اوراق از سلسله ریاست محترم څارنوالی ابتدائیه عسکری غرض اجراآت بعدی به این ریاست مواصلت ورزیده است که ذیلاً به تحلیل موارد آن پرداخته میشود:

1- <u>تحلیل مورد اول قرار قضائی محکمه محترم:</u> څارنوال موظف در صورت دعوی مرتبه خویش در خصوص هیئت تثبیت احتیاج ادعا نموده که هیات متذکره دو قلم تیل مورد نیاز قطعات و جز و تام های اردوی ملی را خلاف فقره (4) ماده (14) قانون تدارکات بیشتر از ضروریات وزارت دفاع ملی مقدار (257،400،000) لیتر تیل برای یک سال تثبیت احتیاج نموده است . اما معلومات ارائیه شده مسولین خارجی تیل مورد ضرورت یک سال جزوتام های.قطعات اردوی ملی را 152 ملیون لیتر تیل نشان داده و مطابق فقره (2) ماده (407) کود جزاء مطالبه مجازات نموده است ، در حالیکه څارنوال موظف به منظور اثبات مسولیت و عدم مسولیت هیئت تثبیت احتیاج میبایست از وزارت دفاع ملی در مورد نیازمندی آن وزارت تحقیقات همه جانبه می نمود هیئت محترم تحقیق در زمینه طی استعلامیه شماره (3126) مورخ 1399/11/28 و (3551) مورخ 1399/12/12 خویش پیرامون تثبیت احتیاج دو قلم تیل پطرول و دیزل ضرورت سال مالی 1393 وزارت دفاع ملی از قطعات و جزو تام های مرکز و ولایتی و ضروریات عینی قطعات و جزو تام های وزارت متذکره طالب معلومات گردیده که در پاسخ استعلام ها چنین تذکر نموده اند ( قرار ملاحظه اسناد و دفاتر موجود در ریاست لوژستیک و تخنیک تحت نظر چهار نفر هیئت تثبیت احتیاج دو قلم تیل دیزل و پطرول ضرورت قطعات و جزوتام های اردوی ملی بابت سال 1393 بشکل توحیدی به تعداد دو ورق تعداد (51) ورق کاپی اسناد حاوی قول اردو های ساحوی و تعداد

الحدید لخدمات الترجمة
AL HADEED TRANSLATION SERVICES
AHTS
P.O.Box: 377671
DUBAI - U.A.E

(111) ورق کاپی اسناد حاوی قطعات مرکزی دریافت گردید. از اینکه در مورد اسناد کافی و اسناد حاوی موجود نمی باشد و مسولیت پیشبرد امور در آن زمان مربوط به ذوات که در اسناد تثبیت احتیاج امضاء نموده اند اسماء شان نیز درج می باشد صورت گرفته است ، اسناد تعداد وسایط زرهی ، عادی و جنراتور ها با تفکیک به مشاهده نرسید . به تعداد (14) ورق کاپی دوسیه تثبیت احتیاج قرارداد دو قلم تیل دیزل و پطرول ضرورت وسایط و جنراتور های قطعات مرکزی و قول اردو های ساحوی بابت سال 1394 به تعداد (36) کاپی اسناد حاوی و تعداد (95) ورق کاپی اسناد حاوی تثبیت تیل قطعات مرکزی به مقام محترم تقدیم است . به تعداد (13) ورق کاپی اسناد حاوی تثبیت احتیاج دو قلم تیل مورد ضرورت وسایط و جنراتور های قول اردوی ساحوی و تعداد (14) ورق اسناد حاوی تثبیت احتیاج قطعات مرکزی و یک جلد مقاوله نامه دو لات (لات اول کابل و لات دوم هرات ، غور ، بادغیس و فراه ) حاوی (27) ورق بابت سال مال 1392 موجود بوده به مقام محترم تقدیم است ، طبق معمول دوسیه های تثبیت احتیاج قطعات و جزوتام های اردوی ملی بابت سال پیشرو با در نظرداشت ماده (12.13.2.2) پالیسی 4.0 از قلم قطعات و جزوتام ها مطالبه اسناد ابطال قرارداد ها ( دوسیه توحید تثبیت احتیاج ) مربوط مدیر درستیز را ترتیب می نماید و غرض طی مراحل پروسه تدارکاتی به معاونیت تامینات تکنالوژی و لوژستیک ارسال میکردد. جموعاً به تعداد (336) ورق اسناد بابت سالهای 1392 ، 1393 و 1394 که در عصر هیئت چهار گانه به مشاهده رسید ، احتراماً به مقام محترم تقدیم است. اوراق ارسالی ریاست لوژستیک سیدردستیز وزارت دفاع ملی هیئت موظف هیئت تحقیق با ملاحظه اسناد ارائه شده آن اداره محترم جنرال مقایسوی تفاوت مقدار تیل را بابت سال های 1392، 1393 و 1394 بابت قطعات و جزو تام های وزارت دفاع ملی را طور هه جانبه مطالعه و تفاوت هر قطعه و جزوتام را (مرکزی و ولایتی ) ترتیب که جموعاً مقدار (51،484،425) لیتر تیل دیزل و مقدار (2،929،482) لیتر تیل پطرول تفاوت سال 1393 بر 1394 برملاء گردیده است. خیلا قابل ذکر دانسته می شود که هیئت موظف تحقیق بر مبنای اسناد ارائه شده ریاست لوژستیک سیدردستیز تفاوت سال های 1392 و 1393 صرفاً دو لات که یکی مرکزی و قول اردوی 207 ظفر را با سال 1393 مقایسه نموده که صرفاً در دو لات مذکور (59،908،087) لیتر تیل دیزل ازدیاد در تثبیت احتیاج سال 1393 برملاء گردیده است. در زمینه جدول مقایسوی و سایر اوراق مرتبط به تثبیت احتیاج فوق الذکر ضم اوراق ( ) دوسیه قابل ملاحظه میباشد . که چنین اجراآت خلاف صراحت ماده (2) ، فقره (4) ماده (14) قانون تدارکات منتشره سال 1387 که چنین مشعر است ( اداره صرف نیازمندی های حقیقی را که برای رفع آن تدارکات صورت میگیرد بیان میدارد و از توضیح مشخصات اضافی که ضرورت به آن وجود ندارد اجتناب می ورزد ).

2- تحلیل مورد دوم قرار قضائی : خارنوال موظف در صورت دعوی مرتبه خویش برعلیه هیئت ارزیابی به منظور بلند بودن نرخ آفر شرکت های برنده با نرخ بازار مطابق به فقره (2) ماده (407) کود جزا مطالبه مجازات نموده ، ولی خساره وارده را که توسط هیئت ارزیابی به خزانه دولت وارد گردیده باشد تثبیت نکرده بنابر منظور تامین عدالت هیئت موظف هیئت تحقیق ذریعه نامه های شماره (5368) مورخ 1399/12/30 و (5372) مورخ 1399/12/30 خویش از ریاست عمومی تصدی مواد نفتی و گاز مایع پیرامون قیمت واقعی دو قلم تیل پطرول و دیزل ضرورت سال 1393 قطعات و جزو تام های وزارت دفاع ملی با استندرد امریکائی را مطابق به شرایط قرارداد از بازار جهانی کلف عرب طالب معلومات گردیده که آن ریاست محترم ذریعه صادره شماره (13) 1400/1/4 خویش در مورد قیمت های بازار جهانی کلف عرب معلومات ارائه فرموده که بعد از معلومات ارائه شده آن ریاست ، هیئت موظف تحقیق راپور قیمت های ارائه شده توسط متعهدین (غضنفر نفت گاز، عبدالواسع فتیری ، جنرال لوژستیک گروپ و شرکت ناردرن ) را با انوایس ها و قیمت ارائه شده ریاست عرضه و توزیع شرکت های دولتی نفت و گاز افغانستان مقایسه نموده و بر مبنای آن معلوم گردید که نرخ های ارائه شده در زمان هر تحویل دهی مناسب به نرخ جهانی بوده ، که در زمینه اوراق شماره ( ) ( ) توجه هیئت محترم قضائی را خواهانم.

قابل ذکر دانسته می شود اداره محترم سیستیکا ذریعه نامه شماره APO AE 09353 مورخ 3 دسامبر 2015 عنوانی معاونیت محترم



تأمینات ، تکنولوژی و لوژستیکی وزارت محترم دفاع ملی چنین تحریر نموده اند که سیستیکا یک بررسی در نرخ های تیل دیزل و پطرول که از طرف شرکت های قراردادی تحویل کننده قراردادهای MOD-G-1822 ICB 1 AND ICB2 بالای وزارت دفاع <u>هزینه شده است را انجام داده .</u> بررسی ما به این نتیجه رسید که نرخ های هزینه شده نظر به وضعیت مارکیت <u>در زمان تطبیق قرارداد</u> مناسب بوده . بنآ مطابق به یافته های سیستیکا نظریه به جلسه کمیسون تدارکات ملی پیرامون طی مراحل نمودن حواله های باقی مانده و وچر ها موافقت می نماید ، در زمینه ورق ( ) دوسیه در مورد قابل دقت است .

3- تحلیل مورد سوم قرار فضائی : بعد از انجام تحقیقات غازنوال موظف در صورتیکه نرخ قرارداد نسبت به بازار جهانی قیمت تثبیت گردیده باشد می غاید اجیاب وظف تحقیقات همه جانبه انجام دهد که شرکت های قراردادی هر یک شرکت غضنفر نفت گاز ، شرکت های مشترک نادرن پرویشن لوژستیک ، شرکت عبدالواسع فقیری و شرکت جنرال لوژستیک گروپ بعد از عقد قرارداد با تشخیص هر شرکت چه مقدار تیل دیزل و پطرول را در جزو تام ها اردوی ملی افغانستان اکمال نموده و چه مبلغ پول را اخذ نموده اند و چه مبلغ خسارا به دولت وارد نموده است . هیئت محترم تحقیق ذریعه استعلامیه شماره (3128) مورخ 1399/11/28 خویش از ریاست مالی و بودجه وزارت دفاع ملی ج.ا.ا پیرامون پرداخت بابت تیل دیزل و پطرول ، خسارا وارده به دولت و سایر موارد درج قرار طالب معلومات گردیده که در پاسخ چنین تحریر نموده اند ( محاسبه و سنجش دوقلم قیمت دو قلم تیل (دیزل و پطرول) مندرج استعلام هذا مطابق به شرایط قرارداد و برویت نرخ های جهانی عرب گلف که از طرف مسئولین موظف مدیریت هزینه و قیمت تدارکات ریاست تدارکات (اکمال و خریداری) معاونیت محترم تأمینات و تکنولوژی و لوژستیک انجام و طی مراحل گردیده است ، قیمت های آن نظر به تاریخ تحویل دهی متفاوت و یکسان نبوده که بعدآ جدول محاسبه شدگی آن همراه با فورمه های (8) مضبطه و سایر اسناد حمایوی آن از سلسله ریاست محترم تدارکات ذریعه مکتوب رسمی غرض ترتیب فورم م 7 راپور رسید عنوانی ریاست تنظیم و اداره منابع معاونیت تأمینات تکنولوژی و لوژستیک ارسال میگردید که متعاقبآ اسناد متذکره بعد از محاسبه و تاییدی از سلسله ریاست تنظیم اداره منابع معاونیت تأمینات تکنولوژی و لوژستیک غرض طی مراحل بعدی عنوانی این ریاست اصدار گردیده بود ، که این ریاست مستند به اسناد فوق بعد از محاسبه فورم م 16 آن را ترتیب و بعد از طی مراحل شعبات ذیعلاقه و بعد از مهر و تایید قومندانی محترم سیستیکا غرض ترتیب چک عنوانی ریاست محترم خزاین وزارت جلیله مالیه صادر گردیده است که جدول تثبیت شده قیمت محاسبه تیل با مکاتیب ریاست تدارکات ضمآ تقدیم است ، و ضمنآ قرارداد نمبر (MOD/1822/1CP/2) تدارک دو قلم تیل ضرورت سال های 1393 الی 1395 که به قیمت مجموعی مبلغ (193،136،520) یک صدو نود سه ملیون یک صدو سی و شش هزار و پنج صدو بیست دالر امریکائی با شرکت های مشترک نادرن با سهم پنجاه فیصد شرکت عبدالواسع فقیری با سهم بیست و پنج فیصد و شرکت جنرال لوژستیک با سهم بیست و پنج فیصد منظور و عقد گردیده بود ، از شرکت های مذکور مبلغ ذیل به حساب امانت انتقال گردیده که تا اکنون معطل باق مانده است ذیلآ یاد آور می شویم ، یک شرکت نادرن مبلغ (90،443،667) افغانی ، دوم شرکت عبدالواسع فقیری مبلغ (44،261،508) افغانی و شرکت جنرال لوژستیک مبلغ (44،259،274) افغانی و م به تعداد دو ورق جدول تیل اکمال شده با درنظرداشت فورم های 8 مضبطه و محلات تخلیه آن ضمآ تقدیم است ، و از بابت 25% افزودی که حاوی مبلغ (15،249،420) دالر امریکائی را احتواء می نماید نظر به حکم شفاهی مقام عالی ریاست محترم جمهوری اسلامی افغانستان معطل قرار گرفته است. و قرارداد (MOD1822) تدارک دو قلم تیل مورد ضرورت سال های 1393 الی 1395 قطعات و جزو تام های وزارت دفاع ملی به قیمت مجموعی (806،329،416) دالر امریکائی با شرکت غضنفر نفت گاز عقد و منظور گردیده که از جمله (52،486،380) دالر امریکائی آن اجراء گردیده است و باق مانده از حجم قرارداد به اثر حکم شفاهی مقام عالی ریاست جمهوری اسلامی فسخ گردیده است ،

بر مبنای اسناد ارسالی ریاست مالی و بودجه وزارت دفاع ملی که توسط هیئت محترم تحقیق مورد تدقیق قرار گرفت هر تحویل دهی برای شرکت های فوقآ ذکر شده به گونه جداگانه ترتیب گردیده، و به اساس معلومات درج جدول هر انواس بعد از معلومات

گلف عرب و انترنشنل مارکت ترتیب و جهت غور و سنجش به ریاست محترم تنظیم و اداره منابع ارسال گردیده است. در زمینه اوراق ( ) الی ( ) دوسیه قابل دقت است.

ضمناً پیرامون پرداخت پول در بدل فی لیتر تیل مطابق به نرخ محلی ذریعه استعلام شماره (3127) مورخ 1399/11/28 خویش از ریاست اکمال و خریداری وزارت دفاع ملی ج.ا.ا مطالب معلومات گردیدیم که در زمینه چنین تحریر نموده اند ( قرار که اسناد و سوابق در مدیریت هزینه و قیمت گذاری اسبق که فعلاً از بدنه تشکیل ریاست تدارکات حذف گردیده بحضورداشت مسولین قبل آن ملاحظه گردید کاپی اسناد ذیل که اصل آن به ریاست محترم تنظیم اداره و منابع جهت اجرای حواله تیل قرارداد های تشخیصه (MOD1822ICB1) که با شرکت غضنفر نفت گاز لمیتد، عبدالواسع فقیری، شرکت NPLS و شرکت جنرال لوژستیک گروپ از بابت سالهای 1393 الی 1395 عقد قرارداد گردیده بود، ارسال گردیده است :

1. به تعداد (11) ورق جدول توحیدی تیل دیزل و پطرول مربوط به شرکت غضنفر نفت گاز و محلات تحویل دهی تیل متذکره .
2. تعداد (4) ورق جدول توحیدی تیل دیزل و پطرول مربوط به شرکت NPLS و محلات تحویل دهی آن .
3. تعداد (4) ورق جدول توحیدی تیل دیزل و پطرول شرکت جنرال لوژستیک گروپ و محلات تحویل دهی آن .
4. تعداد (4) ورق جدول توحیدی تیل دیزل و پطرول شرکت عبدالواسع فقیری و محلات تحویل دهی آن.
5. تعداد (2) ورق راپور تیل دیزل و پطرول هر چهار شرکت از تاریخ شروع قرارداد الی تاریخ 1394/4/7 برویت حواله های صادر شده که بمجموعی اکمالات با تفکیکی دیزل و پطرول هر چهار قرارداد و حواله های صادر شده آن طی مکتوب شماره (831) مورخ 1394/9/23 مدیریت هزینه اسبق شامل (انوایس، بل و جدول های معلوماتی ) طور نمونه به این خارنوالی ارسال داشته ضمناً ریاست اکمال خریداری وزارت دفاع ملی در پیوند به قضیه مورد بحث نیز تذکر داده اند ( که قرار اظهارات مسولین قبلی نرخ های تیل دیزل از سایت گلف عرب و پطرول از سایت انترنشنل مارکت توسط شرکت های متعهد شامل قرارداد اخذ و انوایس (بل) را ارائه می نمودند که برویت آن حواله ها ترتیب و غرض اجراآت بعدی به ریاست تنظیم اداره و منابع ارسال میگردید، که اینک کاپی اسناد حواله های سه شرکت عبدالواسع فقیری، جنرال لوژستیک و شرکت NPLS که نظر به اظهارات مسولین قبلی اصل اسناد به ریاست تنظیم اداره و منابع ارسال گردید غرض اجراآت بعدی به خارنوالی محترم تقدیم است.)

4- **تحلیل مورد قرار قضائی عکه محترم :** بملاحظه اوراق دوسیه و شرایط قرارداد طوری بوده که تیل های وارد شده افغانستان تحت تحریم بوده و شرکت ها اجازه اکمال تیل را از تیل های داخل کشور نداشته اند ، و شرکت های قراردادی مکلفیت داشته اند که تیل را با استندرد امریکا اکمال نمایند ، بناً خارنوال موظف قیمت اصل تیل را در زمان اکمال شده از بازار های افغانستان معلومات غائد که فی لیتر تیل دیزل و پطرول چند افغانی بوده ، تا تفاوت تیل اکمال شده توسط شرکت نادنن پروتسس با قرارداد انجام شده ثابت گردد که خسارت وارد از رهگذر تیل خلاف قرارداد چند افغانی بوده است. در زمینه هیئت موظف تحقیق ذریعه نامه شماره (5372) مورخ 1399/12/30 خویش از ریاست محترم عرضه و توزیع شرکت های نفت گاز افغانستان در مورد تیل پطرول و دیزل مال 1393 بوده ، که آن ریاست محترم در پاسخ به نامه شماره فوق این اداره ذریعه نامه شماره (22) مورخ 1400/1/5 خویش چنین تحریر نموده است ( از اینکه شرکت نفت و گاز افغانستان در سال 1393 تیل پطرول را در ذخایر نداشته بناً از ارائیه نرخ فی لیتر تیل پطرول در سال مال 1393 معذور میباشد در ضمن نرخ فی لیتر تیل دیزل در سال 1393 قرار بازار از تانک های تیل دولتی مبلغ 60 افغانی و از ذخایر 59 افغانی بوده که ضم نامه هذا به شما ارسال است) در زمینه اوراق ( ) الی ( ) قابل ملاحظه میباشد. ضمناً در پیوند به موضوع هیئت موظف تحقیق به ملاحظه اسناد ارائیه شده ریاست عرضه و توزیع شرکت های نفت گاز افغانستان که قرار فی لیتر تیل را 59 و 60 افغانی نرخ ارائیه نموده است، و نظر به معلومات ارائیه شده ریاست مالی وزارت دفاع ملی شرکت


... از مجموع مقدار (5,826,332) میلیون لیتر تیل دیزل و (41320) هزار لیتر تیل پطرول که بمجموع هر دو قلم تیل پطرول و دیزل (5,867652) میلیون لیتر می شود از قرار فی لیتر مبلغ 60 افغانی (352059120) میلیون افغانی و از قرار فی لیتر 59 افغانی به مبلغ مجموعی (346191468) افغانی می شود ، در زمینه اوراق ( ) و ( ) دوسیه قابل ملاحظه است.

۵. **تحلیل مورد پنجم قرار قضائی محکمۀ محترم:** بملاحظه شرایط قرارداد و موافقت نامه که درج ورق ( ) الی ( ) دوسیه میباشد، که چنین مشعر است، (قیمت های که برای اجناس تهیه شده چارج شده و خدمات مربوطه که انجام شده قابل تعدیل خواهد بود، روش ذیل برای محاسبه کردن تعدیل قیمت مورد استفاده قرار خواهد گرفت: (I). قیمت ها تابع تعدیل /تجدید نظر بر اساس اوسط قیمت پنج روز (برای کازویل دیزل خلیج عرب bbl، برای کازولین با پطرول مارکیت بین المللی کازولین) خواهد بود. فروشنده باید برای خریدار مورد دقیق بشمول معلومات کمکی که تایید کننده افزایش وکاهش قیمت باشد را فراهم می کند، تعدیل (افزایش /کاهش) در قیمت تنها در قیمت کار های EX قابل قبول می باشد (قیمت مطابق با هر COL.7 جدول قیمت) و تمام هزینه های دیگر بر اساس هر واحد (مفاد، کرایه الی نقاط تحویل نهایی، بیمه ضرر های ترانزیت، قیمت ها و غیره) (مطابق به هر col.7 جدول قیمت) طور ثابت و غیر تغیر یافته در اسعار قرارداد باقی میماند. تعدیل در قیمت اوسط پنج روز (برای دیزل، کازولین خلیج عرب bbl، برای کازولین با پطرول مارکیت بین المللی کازولین) افزایش و کاهش می یابد خواهد بود.

(II) برای پرداخت قیمت کار های EX (قیمت بر اساس Col.6 جدول قیمت) در اساس قیمت اوسط پنج روز (برای دیزل /کازولین خلیج عرب bbl، برای کازولین با پطرول مارکیت بین المللی کازولین) که در گزارش قیمت ارائیه شده تعدیل خواهد شد. تعدیل در عین نسبت خواهد بود که قیمت اوسط پنج روز (برای دیزل – کازویل خلیج عرب bbl، برای کازولین با پطرول مارکیت بین المللی کازولین) افزایش یا کاهش یافته باشد قیمت اوسط پنج روز (برای دیزل – کازویل خلیج عرب bbl، برای کازولین با پطرول مارکیت بین المللی کازولین) در تاریخ 7 روز پیش از تاریخ تحویل دهی در مناحه با گرفتن اوسط پنج روز قیمت ذیل محاسبه خواهد شد.

اینک مطالبات مندرج قرار قضائی غیر فوق آن محکمۀ محترم طبق حکم ساده (177) قانون اجراات جزائی بعد از انجام تحقیقات تکمیل تحلیل و اوراق قضیه توأم با قرار مرتبۀ هذا به ریاست محترم خارنوالی ابتدائیه عسکری مرکز عدلی وقضائی محول میگردد تا آن خارنوالی محترم اوراق دوسیه را سلسلتاً غرض انفصال شرعی و قانونی محول محکمۀ محترم ابتدائیه رسیدگی کی به جرایم سنگین فساد اداری مرکز عدلی وقضائی نمایند.

بااحترام

خارنوالان موظف کمیته

احد فواد "دلیار"

رئیس خارنوالی استیناف عسکری و رئیس

کمیته مختلط مرکز عدلی وقضائی

