# EXHIBIT H



**Quality Translation Services DMCC**
The Home of Translation
كواليتي ترانسليشـون سـيرفيسـز م.د.م.س

**B B C NEWS فارسی**

More than 52,000 observers will oversee the parliamentary elections in Afghanistan.

Oct. 10, 2018



52,000 observers will oversee the parliamentary elections.

**The Afghanistan Election Commission has announced that so far, 53 organizations have been accredited by the commission to monitor the parliamentary elections, bringing the total number of observers to over 52,000.**

Hafizullah Hashemi, spokesperson and member of the Afghanistan Election Commission, stated that these observers include political parties, media outlets, and representatives of candidates, electoral entities, and members of civil society.

Dubai Office 1: Jumeirah Lake Towers (JLT), Cluster T, Sobha Realty Metro Station, One Lake Plaza, 7th floor, Office 701.

✉ info@legaltranslationindubai.ae      🌐 www.legaltranslationindubai.ae      📱 056 285 3636
✉ info@translationindubai.ae          🌐 www.translationindubai.ae



**Quality Translation Services DMCC**
The Home of Translation
كواليتي ترانسليشن سيرفيسز م.د.م.س

He urged all parties and organizations interested in monitoring the election process to visit the Afghanistan Election Commission by next Monday to receive accreditation.

Mr. Hashemi explained that the number of observers includes 2,100 from political parties, 38,000 introduced by parliamentary election candidates, 12,100 from electoral entities and civil society, and 330 media observers.

Regarding foreign observers, the commission member mentioned that nine foreign observers have been accredited so far, with many embassies and international organizations also applying for accreditation.

Yousef Rashid, the Executive Director of Free and Fair Elections Forum of Afghanistan, commented on the potential contribution of these observers to the integrity of the elections, stating that the quantity of observers is not as crucial as the quality of oversight.

He added that in the 2014 presidential elections, there were a significant number of observers from both sides, but ultimately, it led to a 100% inspection of the votes and the formation of a "unity government."

According to Mr. Rashid, there is a shortage of trained individuals for monitoring in these elections, and impartial oversight is essential and should be emphasized.



Dubai Office 1: Jumeirah Lake Towers (JLT), Cluster T, Sobha Realty Metro Station, One Lake Plaza, 7th floor, Office 701.
✉ info@legaltranslationindubai.ae      🌐 www.legaltranslationindubai.ae      ☐ 056 285 3636
✉ info@translationindubai.ae      🌐 www.translationindubai.ae



**Quality Translation Services DMCC**
The Home of Translation
كواليتي ترانسليشون سيرفيسز م.د.م.س

Vote counting must be conducted in the presence of observers.





Dubai Office 1: Jumeirah Lake Towers (JLT), Cluster T, Sobha Realty Metro Station, One Lake Plaza, 7th floor, Office 701.
info@legaltranslationindubai.ae     www.legaltranslationindubai.ae     056 285 3636
info@translationindubai.ae          www.translationindubai.ae

**BBC NEWS فارسی**

صفحه اول    جنگ اسرائیل-غزه    پخش زنده    ویدیو    تلویزیون    ایران

آگهی

برای اخبار به زبان‌های دیگر اینجا را **کلیک کنید**

# بیش از ۵۲ هزار ناظر بر انتخابات پارلمانی افغانستان نظارت خواهند کرد

۱۸ مهر ۱۳۹۷ - ۱۰ اکتبر ۲۰۱۸



GETTY IMAGES

۵۲ هزار ناظر انتخابات پارلمانی را نظارت خواهند کرد.



**کمیسیون انتخابات افغانستان اعلام کرده که تاکنون ۵۳ نهاد برای نظارت بر انتخابات پارلمانی افغانستان از این کمیسیون اعتبارنامه گرفته است که شمار ناظران آن به بیش از ۵۲ هزار نفر می‌رسند.**

حفیظ الله هاشمی، سخنگو و عضو کمیسیون انتخابات افغانستان گفت که این ناظران شامل احزاب سیاسی، رسانه‌ها، نمایندهای نامزدها، نهادهای انتخاباتی و اعضای جامعه مدنی هستند.

او از تمام احزاب و نهادهای که خواستار نظارت بر روند انتخابات هستند، خواست تا روز دوشنبه هفته آینده برای دریافت اعتبارنامه به کمیسیون انتخابات افغانستان مراجعه کنند.

آقای هاشمی توضیح داد که شمار ناظران احزاب سیاسی به دو هزار و ۱۰۰نفر، ناظرانی‌که نامزدهای انتخابات پارلمانی معرفی کرده ۳۸ هزار، نامزدهای نهادهای مرتبط با انتخابات و جامعه مدنی ۱۲ هزار و ۱۰۰نفر و ۳۳۰ نفر نیز ناظران رسانه‌ها هستند.



این عضو کمیسیون درباره ناظران خارجی گفت که تاکنون ۹ ناظر خارجی اعتبارنامه گرفته و سفارت‌خانه‌ها و نهادهای بین‌المللی زیادی نیز درخواست اعتبارنامه کرده‌اند.

یوسف رشید، رئیس اجرایی بنیاد انتخابات آزاد و عادلانه افغانستان درباره اینکه حضور این ناظران چقدر می‌تواند برای سلامت انتخابات مفید باشد، گفت که مهم حضور شمار زیادی نامزدان نیست، بلکه مهم



کیفیت نظارت است.

او افزود که در انتخابات سال ۲۰۱۴ ریاست جمهوری نیز شمار زیادی ناظرین از دو طرف حضور داشتند، ولی در نهایت به بازرسی صد درصدی آرا و ایجاد "حکومت توافقی" منجر شد.

به گفته آقای رشید در این انتخابات شمار افراد آموزش دیده برای نظارت کم هستند و از طرف دیگر مهم نظارت بی‌طرف است که باید مورد توجه قرار گیرد.



GETTY IMAGES

شمارش آرا در حضور ناظران باید انجام شود.

**استفاده از تلفن در محل رای‌گیری ممنوع است**

قبل از این شایعه شده بود که شماری از نامزدها با هوادارانش به توافق رسیده‌اند که به این نامزدها در بدل پول رای دهند و بعد از ورق رای علامت گذاری شده عکس گرفته و به نامزد مورد نظر بدهد تا پول به او پرداخت شود.

کبرا رضایی، از سخنگویان کمیسیون انتخابات افغانستان به بی‌بی‌سی گفت که به منظور جلوگیری از تقلب، بردن تلفن همراه به محل رای گیری ممنوع است.

اطلاعات روز: کمیسیون مستقل انتخابات پس از سه ماه تأخیر، سرانجام شام امروز دوشنبه (24 جدی) نتایج ابتدایی انتخابات پارلمانی کابل و حوزه‌ی کوچی‌ها را اعلام کرد.

گلاجان عبدالبدیع صیاد، رییس کمیسیون مستقل انتخابات در یک نشست خبری در کابل گفت که ظرفیت ناکافی در بخش‌های اجراییوی، بی‌نظمی‌ها در روز انتخابات، وقت ناکافی برای آموزش و استخدام ناوقت برخی کارمندان، اعتراضات و بستن دروازه‌های کمیسیون انتخابات در برخی ولایات، مزاحمت‌های بیش از حد کمیسیون مستقل رسیدگی به شکایات انتخاباتی، ناظرین و طرف‌های درگیر و... از دلایل اصلی تأخیر در اعلام نتایج ابتدایی انتخابات بوده است.

آقای صیاد از نامزدان بازنده خواست در صورتی که اعتراض داشته باشند، برای درج شکایات به کمیسیون رسیدگی به شکایات انتخاباتی مراجعه کنند.

بر اساس این نتایج، حاجی اجمل رحمانی، الحاج عبدالقیوم خیرخواه، فدا محمد الفت صالح، احمد جاوید جیحون، رمضان بشردوست، خان آغا رضایی، الحاج امیرگل شاهین، غلام حسین ناصری، الحاج ملا محمدخان احمدی، الحاج الله گل مجاهد، میر امان‌الله گذر، الحاج سید محمد محمدی، حاجی خان‌محمد وردک، الحاج قاضی میر افغان صافی، اجمل گلاب، احمد ضیا عظیمی شینوزاده، عبیدالله کلیم‌زی وردک، توفیق وحدت، حاجی حفیظ‌الله جلیلی، حاجی محمد فرهاد صدیقی، انورخان اوریاخیل، حاجی زرگی حبیبی، حبیب‌الرحمان سیاف، نجیب‌الله ناصر، وکیل فاطمه نظری، شینکی کروخیل، روبینا جلالی، فوزیه ناصریار گلدره‌یی، مریم سما، سلیمه نیکبین، مرسل نبی زاده، زهره نوروزی و جنرال نظلیفه ذکی توانسته‌اند به نمایندگی از مردم کابل به مجلس نمایندگان راه یابند.

## فهرست ابتدایی نامزدان برنده در انتخابات پارلمانی ولایت کابل

| تعداد رای | نام | شماره |
|---|---|---|
| 12192 | حاجی اجمل رحمانی | 1 |
| 9626 | الحاج عبدالقیوم خیرخواه | 2 |
| 7406 | فدا محمد الفت صالح | 3 |
| 7161 | احمد جاوید جیحون | 4 |
| 7041 | داکتر رمضان بشردوست | 5 |
| 6905 | خان آغا رضایی | 6 |
| 6765 | الحاج امیرگل شاهین | 7 |

| | | |
|---|---|---|
| 7 | الحاج امیرگل شاهین | 6765 |
| 8 | غلام حسین ناصری | 6470 |
| 9 | الحاج ملا محمد جان احمدی | 6348 |
| 10 | الحاج الله‌گل مجاهد | 6333 |
| 11 | میر امالله گذر | 6250 |
| 12 | الحاج سید محمد محمدی | 6253 |
| 13 | حاجی خان محمد وردک | 6005 |
| 14 | الحاج قاضی میر افغان صافی | 5968 |
| 15 | اجمل گلاب | 4525 |
| 16 | احمد ضیا عظیمی شینوزاده | 4481 |
| 17 | توفیق وحدت | 4318 |
| 18 | عبیدالله کلیمزی وردک | 4291 |
| 19 | حاجی حفیظ‌الله جلیلی | 4183 |
| 20 | حاجی محمد فرهاد صدیقی | 4174 |
| 21 | انورخان اوریاخیل | 4120 |
| 22 | حاجی زرگی حبیبی | 3938 |
| 23 | حبیب‌الرحمان سیاف | 3879 |
| 24 | نجیب‌الله ناصر | 3779 |

| | | |
|---|---|---|
| 2697 | و نیل قاطمه بطری | 25 |
| 1883 | شینکی کروخیل | 26 |
| 1529 | روبینا جلالی | 27 |
| 1470 | فوزیه ناصریار گلدره‌یی | 28 |
| 1439 | مریم سما | 29 |
| 1352 | سلیمه نیکبین | 30 |
| 1319 | مرسل نبی‌زاده | 31 |
| 1297 | زهره نوروزی | 32 |
| 1197 | جنرال نظیفه ذکی | 33 |

همچنان شاه وزیر تره‌خیل، حبیب‌الرحمان افغان، میرویس حسین‌خیل، ننگیالی لونگ، حاجی پرویز عرب‌زاده، حیدرخان نعیم‌زوی، رسول خان کوچی، حمیده احمدزی، مریم سلیمان‌خیل و فرزانه کوچی نیز به نمایندگی از حوزه‌ی کوچی‌ها به مجلس نمایندگان راه یافته‌اند.

کمیسیون مستقل انتخابات در حالی نتایج انتخابات ابتدایی انتخابات پارلمانی ولایت کابل و حوزه‌ی کوچی‌ها را اعلام کرده که پیش از این انتقادها از سوی سرور دانش، معاون دوم ریاست‌جمهوری، عبدالله عبدالله، رییس اجرایی و نهادهای ناظر بر انتخابات بر این کمیسیون وارد شده است.

## فهرست ابتدایی نامزده برنده از حوزه کوچی‌ها

| تعداد رای | نام | شماره |
|---|---|---|
| 21738 | الحاج شاه وزیر تره‌خیل | 1 |
| 5148 | | 2 |

| 4671 | میرویس حسین خیل | 3 |
| 4147 | ننگیالی لونگ | 4 |
| 3629 | حاجی پرویز عرب‌زاده | 5 |
| 3270 | الحاج حیدرجان نعیم‌زوی | 6 |
| 2853 | رسول خان کوچی | 7 |
| 1940 | حمیده احمدزی | 8 |
| 839 | مریم سلیمان‌خیل | 9 |
| 798 | فرزانه کوچی | 10 |

سرور دانش روز یک‌شنبه در نشست «کنگره‌ی ملی مساعدت‌های حقوقی» در کابل گفت که عمل‌کرد ضعیف کمیسیون‌های انتخاباتی در سایه‌ی اتهامات تقلب، تخطی و فساد اعتبار و حیثیت دولت و مردم افغانستان را زیر سوال برده است.

آقای دانش همچنان گفته بود که کمیسیون‌های انتخاباتی با درست انجام ندادن وظایف‌شان در حق مردم افغانستان جفا روا داشته‌اند.

تیفا یا بنیاد انتخابات شفاف افغانستان نیز به تاریخ 20 جدی از موجودیت فساد گسترده‌ی انتخاباتی در کمیسیون مستقل انتخابات ابراز نگرانی کرده و گفته بود که فساد مالی و سیاسی باعث شده تا اعلان نتایج انتخابات پارلمانی به تاخیر بیافتد.

کمیسیون مستقل انتخابات افغانستان پس از سه ماه تاخیر نتایج ابتدایی انتخابات پارلمانی ولایت کابل را درحالی اعلان کرد که ساعتی پیش از اعلان رسمی این نتایج، اطلاعات روز فهرست نامزدان برنده را اعلان کرده بود. در فهرست اطلاعات روز عبدالصمد استانکزی در میان نامزدان مرد و بی‌بی حاجی پروین درانی در میان نامزدان زن در جمع نامزدان برنده قرار داشتند. اما در نتایج رسمی کمیسیون انتخابات با اندک تغییر در تعداد آرای نامزدان برنده، دو نامزد دیگر برنده اعلان شده‌اند. نجیب‌الله ناصر به‌عوض عبدالصمد استانکزی و جنرال نظیفه ذکی به‌عوض پروین درانی برنده شناخته شده‌اند. این تغییرات درحالی در نتایج رسمی آمده است که فهرست منتشر شده از سوی اطلاعات روز را منابع موثق کمیسیون انتخابات

**Independent Election Commission Announces Preliminary Results for Kabul Parliamentary Elections and Kuchi Constituency**

**January 14, 2019** – The Independent Election Commission (IEC) has announced the preliminary results of the parliamentary elections for Kabul and the Kuchi constituency, following a three-month delay.

IEC Chairman, Gulajan Abdulbadi Sayad, in a press conference held in Kabul, cited several reasons for the delay. These included inadequate capacity in executive sections, disorganization on election day, insufficient time for training, late hiring of some staff, protests and closures of IEC offices in various provinces, excessive interference from the Independent Electoral Complaints Commission, observers, and other involved parties.

Mr. Sayad urged losing candidates to submit any objections to the Electoral Complaints Commission.

According to the preliminary results, the following candidates have secured seats in the House of Representatives from Kabul:

| | |
|---|---|
| Haji Ajmal Rahmani | 12,192 |
| Alhaj Abdul Qayum Khairkhwa | 9,626 |
| Fida Mohammad Alfat Saleh | 7,406 |
| Ahmad Jawid Jaihun | 7,161 |
| Ramazan Bashardost | 7,041 |
| Khan Agha Rezaee | 6,905 |
| Alhaj Amir Gul Shahin | 6,765 |
| Ghulam Hussain Naseri | 6,470 |
| Alhaj Mullah Mohammad Khan Ahmadi | 6,348 |
| Alhaj Allah Gul Mujahid | 6,333 |
| Mir Amanullah Guzar | 6,250 |
| Alhaj Sayed Mohammad Mohammadi | 6,253 |
| Haji Khan Mohammad Wardak | 6,005 |
| Alhaj Qazi Mir Afghan Safi | 5,968 |
| Ajmal Gulab | 4,525 |
| Ahmad Zia Azimi Shinwazda | 4,481 |
| Ubaidullah Kaleemzai Wardak | 4,318 |
| Tawfiq Wahdat | 4,291 |
| Haji Hafizullah Jalili | 4,183 |
| Haji Mohammad Farhad Siddiqi | 4,174 |
| Anwar Khan Oriaheel | 4,120 |
| Haji Zarghi Habibi | 3,938 |
| Habib Ur Rehman Sayyaf | 3,879 |
| Najibullah Nasir | 3,779 |
| MP Fatima Nazari | 2,897 |
| Shinkai Karokhail | 1,883 |
| Rubina Jalali | 1,529 |
| Fauzia Naseryar Goldarayi | 1,470 |
| Maryam Sama | 1,439 |
| Saleema Nikbeen | 1,352 |
| Mursal Nabizada | 1,319 |
| Zohra Noroozi | 1,297 |
| General Nazifa Zaki | 1,197 |

Additionally, Shah Wazir Tarakhel, Habib Ur Rehman Afghan, Mirwais Hussainkhel, Nangiali Long, Haji Parvez Arabzadeh, Haidar Khan Naemzai, Rasul Khan Kochi, Hamida Ahmadzai,

Maryam Suleimankhel, and Farzana Kochi have secured seats representing the Kuchi constituency in the House of Representatives.

The IEC announced the preliminary results amid criticisms from Sarwar Danish, the Second Vice President, Abdullah Abdullah, the Chief Executive, and election monitoring organizations.

**Preliminary List of Winning Candidates from the Kuchi Constituency**
The Independent Election Commission has announced the preliminary results for the parliamentary elections from the Kuchi constituency. The following candidates have secured seats:

| | |
|---|---|
| Alhaj Shah Wazir Tarakhel | 21,738 votes |
| Habib Ur Rehman Afghan | 5,148 votes |
| Mirwais Hussainkhel | 4,671 votes |
| Nangiali Long | 4,147 votes |
| Haji Parvez Arabzadeh | 3,629 votes |
| Alhaj Haidar Khan Naemzai | 3,270 votes |
| Rasul Khan Kochi | 2,853 votes |
| Hamida Ahmadzai | 1,940 votes |
| Maryam Suleimankhel | 839 votes |
| Farzana Kochi | 798 votes |

These results reflect the voters' choice and mark an important step in the electoral process. The Independent Election Commission urges any candidates with concerns to submit their complaints to the Electoral Complaints Commission for review.

On Sunday, during the "National Congress on Legal Aid" in Kabul, Sarwar Danish criticized the IEC's poor performance amid accusations of fraud, violations, and corruption, which have tarnished the credibility of the Afghan government and its people. He further stated that the IEC's failure to properly execute its duties was an injustice to the Afghan people.

The Transparent Election Foundation of Afghanistan (TEFA) also expressed concerns on January 10th about widespread electoral corruption within the IEC, noting that financial and political corruption caused the delay in announcing the election results.

The IEC announced the preliminary results for Kabul's parliamentary elections after a three-month delay, just hours after Etilaatroz published a list of winning candidates. While Etilaatroz's list included Abdul Samad Stanekzai among the male candidates and Bibi Haji Parvin Darani among the female candidates, the official IEC results declared Najibullah Nasir instead of Abdul Samad Stanekzai and General Nazifa Zaki instead of Parvin Darani as winners. These changes occurred despite the Etilaatroz list being confirmed by reliable sources within the IEC.

For further details, please refer to the official announcement on Etilaatroz.

**Legalink Translations DMCC**
YOUR LANGUAGE BRIDGE

**Independent Election Commission Announces Preliminary Results for Kabul Parliamentary Elections and Kuchi Constituency**

**January 14, 2019** – The Independent Election Commission (IEC) has announced the preliminary results of the parliamentary elections for Kabul and the Kuchi constituency, following a three-month delay.

IEC Chairman, Gulajan Abdulbadi Sayad, in a press conference held in Kabul, cited several reasons for the delay. These included inadequate capacity in executive sections, disorganization on election day, insufficient time for training, late hiring of some staff, protests and closures of IEC offices in various provinces, excessive interference from the Independent Electoral Complaints Commission, observers, and other involved parties.

Mr. Sayad urged losing candidates to submit any objections to the Electoral Complaints Commission.

According to the preliminary results, the following candidates have secured seats in the House of Representatives from Kabul:

| | |
|---|---|
| Haji Ajmal Rahmani | 12,192 |
| Alhaj Abdul Qayum Khairkhwa | 9,626 |
| Fida Mohammad Alfat Saleh | 7,406 |
| Ahmad Jawid Jaihun | 7,161 |
| Ramazan Bashardost | 7,041 |
| Khan Agha Rezaee | 6,905 |
| Alhaj Amir Gul Shahin | 6,765 |
| Ghulam Hussain Naseri | 6,470 |
| Alhaj Mullah Mohammad Khan Ahmadi | 6,348 |
| Alhaj Allah Gul Mujahid | 6,333 |
| Mir Amanullah Guzar | 6,250 |
| Alhaj Sayed Mohammad Mohammadi | 6,253 |
| Haji Khan Mohammad Wardak | 6,005 |
| Alhaj Qazi Mir Afghan Safi | 5,968 |
| Ajmal Gulab | 4,525 |
| Ahmad Zia Azimi Shinwazda | 4,481 |
| Ubaidullah Kaleemzai Wardak | 4,318 |
| Tawfiq Wahdat | 4,291 |
| Haji Hafizullah Jalili | 4,183 |
| Haji Mohammad Farhad Siddiqi | 4,174 |
| Anwar Khan Oriaheel | 4,120 |
| Haji Zarghi Habibi | 3,938 |
| Habib Ur Rehman Sayyaf | 3,879 |
| Najibullah Nasir | 3,779 |
| MP Fatima Nazari | 2,897 |
| Shinkai Karokhail | 1,883 |
| Rubina Jalali | 1,529 |
| Fauzia Naseryar Goldarayi | 1,470 |
| Maryam Sama | 1,439 |
| Saleema Nikbeen | 1,352 |
| Mursal Nabizada | 1,319 |
| Zohra Noroozi | 1,297 |
| General Nazifa Zaki | 1,197 |

نؤكد بموجب هذا المستند أن شركة ليغالينك م.د.م.س قد قامت حسب الأصول بترجمة الوثيقة المقدمة
بناء على طلب العميل ويجب تقديمه إلى من بهمه الأمر فقط ولا يفترض تقديمها لوزارة العدل الإمارات

info@legalink.ae | Web: www.legalink.ae
Mobile: +971 507 268 096 | Office 3401, HDS Tower, Cluster M, JLT
Dubai, United Arab Emirates - PO Box: 451669




Additionally, Shah Wazir Tarakhel, Habib Ur Rehman Afghan, Mirwais Hussainkhel, Nangiali Long, Haji Parvez Arabzadeh, Haidar Khan Naemzai, Rasul Khan Kochi, Hamida Ahmadzai, Maryam Suleimankhel, and Farzana Kochi have secured seats representing the Kuchi constituency in the House of Representatives.

The IEC announced the preliminary results amid criticisms from Sarwar Danish, the Second Vice President, Abdullah Abdullah, the Chief Executive, and election monitoring organizations.

### Preliminary List of Winning Candidates from the Kuchi Constituency

The Independent Election Commission has announced the preliminary results for the parliamentary elections from the Kuchi constituency. The following candidates have secured seats:

| | |
|---|---|
| Alhaj Shah Wazir Tarakhel | 21,738 votes |
| Habib Ur Rehman Afghan | 5,148 votes |
| Mirwais Hussainkhel | 4,671 votes |
| Nangiali Long | 4,147 votes |
| Haji Parvez Arabzadeh | 3,629 votes |
| Alhaj Haidar Khan Naemzai | 3,270 votes |
| Rasul Khan Kochi | 2,853 votes |
| Hamida Ahmadzai | 1,940 votes |
| Maryam Suleimankhel | 839 votes |
| Farzana Kochi | 798 votes |

These results reflect the voters' choice and mark an important step in the electoral process. The Independent Election Commission urges any candidates with concerns to submit their complaints to the Electoral Complaints Commission for review.

On Sunday, during the "National Congress on Legal Aid" in Kabul, Sarwar Danish criticized the IEC's poor performance amid accusations of fraud, violations, and corruption, which have tarnished the credibility of the Afghan government and its people. He further stated that the IEC's failure to properly execute its duties was an injustice to the Afghan people.

The Transparent Election Foundation of Afghanistan (TEFA) also expressed concerns on January 10th about widespread electoral corruption within the IEC, noting that financial and political corruption caused the delay in announcing the election results.

The IEC announced the preliminary results for Kabul's parliamentary elections after a three-month delay, just hours after Etilaatroz published a list of winning candidates. While Etilaatroz's list included Abdul Samad Stanekzai among the male candidates and Bibi Haji Parvin Darani among the female candidates, the official IEC results declared Najibullah Nasir instead of Abdul Samad Stanekzai and General Nazifa Zaki instead of Parvin Darani as winners. These changes occurred despite the Etilaatroz list being confirmed by reliable sources within the IEC.

For further details, please refer to the official announcement on Etilaatroz.

نؤكد بموجب هذا المستند أن شركة ليغالينك م.د.م.س قد قامت حسب الأصول بترجمة الوثيقة المقدمة
بناء على طلب العميل ويجب تقديمه إلى من بهمه الأمر فقط ولا يفترض تقديمها لوزارة العدل الإمارات



info@legalink.ae | Web: www.legalink.ae
Mobile: +971 507 268 096 | Office 3401, HDS Tower, Cluster M, JLT
Dubai, United Arab Emirates - PO Box: 451669

## فهرست ابتدایی نامزدان برنده در انتخابات پارلمانی ولایت کابل

| شماره | نام | تعداد رای |
|---|---|---|
| 1 | حاجی اجمل رحمانی | 12192 |
| 2 | الحاج عبدالقیوم خیرخواه | 9626 |
| 3 | فدا محمد الفت صالح | 7406 |
| 4 | احمد جاوید جیحون | 7161 |
| 5 | داکتر رمضان بشردوست | 7041 |
| 6 | خان آغا رضایی | 6905 |
| 7 | الحاج امیرگل شاهین | 6765 |
| 8 | غلام حسین ناصری | 6470 |
| 9 | الحاج ملا محمد جان احمدی | 6348 |
| 10 | الحاج الله‌گل مجاهد | 6333 |
| 11 | میر امالله گذر | 6250 |
| 12 | الحاج سید محمد محمدی | 6253 |
| 13 | حاجی خان محمد وردک | 6005 |
| 14 | الحاج قاضی میر افغان صافی | 5968 |
| 15 | اجمل گلاب | 4525 |
| 16 | احمد ضیا عظیمی شینوزاده | 4481 |
| 17 | توفیق وحدت | 4318 |
| 18 | عبیدالله کلیمزی وردک | 4291 |

کمیسیون انتخابات نتایج انتدایی انتخابات پارلمانی کابل و حوزه‌ی کوچی‌ها را اعلام کرد

۲۴ جدی ۱۳۹۷ - ۱۴ جنوری ۲۰۱۹

اطلاعات روز: کمیسیون مستقل انتخابات پس از سه ماه تأخیر، سرانجام شام امروز دوشنبه (24 جدی) نتایج ابتدایی انتخابات پارلمانی کابل و حوزه‌ی کوچی‌ها را اعلام کرد.

گلاجان عبدالبدیع صیاد، رییس کمیسیون مستقل انتخابات در یک نشست خبری در کابل گفت که ظرفیت ناکافی در بخش‌های اجراییوی، بی‌نظمی‌ها در روز انتخابات، وقت ناکافی برای آموزش و استخدام ناوقت برخی کارمندان، اعتراضات و بستن دروازه‌های کمیسیون انتخابات در برخی ولایات، مزاحمت‌های بیش از حد کمیسیون مستقل رسیدگی به شکایات انتخاباتی، ناظرین و طرف‌های درگیر و... از دلایل اصلی تأخیر در اعلام نتایج ابتدایی انتخابات بوده است.

آقای صیاد از نامزدان بازنده خواست در صورتی که اعتراض داشته باشند، برای درج شکایات به کمیسیون رسیدگی به شکایات انتخاباتی مراجعه کنند.

بر اساس این نتایج، حاجی اجمل رحمانی، الحاج عبدالقیوم خیرخواه، فدا محمد الفت صالح، احمد جاوید جیحون، رمضان بشردوست، خان آغا رضایی، الحاج امیرگل شاهین، غلام حسین ناصری، الحاج ملا محمدخان احمدی، الحاج الله گل مجاهد، میر امان‌الله گذر، الحاج سید محمد محمدی، حاجی خان‌محمد وردک، الحاج قاضی میر افغان صافی، اجمل گلاب، احمد ضیا عظیمی شینوزاده، عبیدالله کلیم‌زی وردک، توفیق وحدت، حاجی حفیظ‌الله جلیلی، حاجی محمد فرهاد صدیقی، انورخان اوریاخیل، حاجی زرگی حبیبی، حبیب‌الرحمان سیاف، نجیب‌الله ناصر، وکیل فاطمه نظری، شینکی کروخیل، روبینا جلالی، فوزیه ناصریار گلدرهیی، مریم سما، سلیمه نیکبین، مرسل نبی زاده، زهره نوروزی و جنرال نظیفه ذکی توانسته‌اند به نمایندگی از مردم کابل به مجلس نمایندگان راه یابند.



## فهرست ابتدایی نامزدان برنده در انتخابات پارلمانی ولایت کابل

| تعداد رای | نام | شماره |
|---|---|---|
| 12192 | حاجی اجمل رحمانی | 1 |
| 9626 | الحاج عبدالقیوم خیرخواه | 2 |
| 7406 | فدا محمد الفت صالح | 3 |
| 7161 | احمد جاوید جیحون | 4 |
| 7041 | داکتر رمضان بشردوست | 5 |
| 6905 | خان آغا رضایی | 6 |
| 6765 | الحاج امیرگل شاهین | 7 |
| 6470 | غلام حسین ناصری | 8 |
| 6348 | الحاج ملا محمد جان احمدی | 9 |
| 6333 | الحاج الله‌گل مجاهد | 10 |
| 6250 | میر امالله گذر | 11 |
| 6253 | الحاج سید محمد محمدی | 12 |
| 6005 | حاجی خان محمد وردک | 13 |
| 5968 | الحاج قاضی میر افغان صافی | 14 |
| 4525 | اجمل گلاب | 15 |
| 4481 | احمد ضیا عظیمی شینوزاده | 16 |
| 4318 | توفیق وحدت | 17 |
| 4291 | عبیدالله کلیمزی وردک | 18 |



| | | |
|---|---|---|
| 19 | حاجی حفیظ‌الله جلیلی | 4183 |
| 20 | حاجی محمد فرهاد صدیقی | 4174 |
| 21 | انورخان اوریاخیل | 4120 |
| 22 | حاجی زرگی حبیبی | 3938 |
| 23 | حبیب‌الرحمان سیاف | 3879 |
| 24 | نجیب‌الله ناصر | 3779 |
| 25 | وکیل فاطمه نظری | 2897 |
| 26 | شینکی کروخیل | 1883 |
| 27 | روبینا جلالی | 1529 |
| 28 | فوزیه ناصریار گلدره‌یی | 1470 |
| 29 | مریم سما | 1439 |
| 30 | سلیمه نیکبین | 1352 |
| 31 | مرسل نبی‌زاده | 1319 |
| 32 | زهره نوروزی | 1297 |
| 33 | جنرال نظیفه ذکی | 1197 |

همچنان شاه وزیر تره‌خیل، حبیب‌الرحمان افغان، میرویس حسین‌خیل، ننگیالی لونگ، حاجی پرویز عرب‌زاده، حیدرخان نعیم‌زوی، رسول خان کوچی، حمیده احمدزی، مریم سلیمان‌خیل و فرزانه کوچی نیز به نمایندگی از حوزه‌ی کوچی‌ها به مجلس نمایندگان راه یافته‌اند.

کمیسیون مستقل انتخابات در حالی نتایج ابتدایی انتخابات پارلمانی ولایت کابل و حوزه‌ی کوچی‌ها را اعلام کرده که پیش از این انتقادها از سوی **سرور دانش**، معاون دوم ریاست‌جمهوری، عبدالله عبدالله، رییس اجرایی و نهادهای ناظر بر انتخابات بر این کمیسیون وارد شده است.

## فهرست ابتدایی نامزده برنده از حوزه کوچی‌ها

| شماره | نام | تعداد رای |
|---|---|---|
| 1 | الحاج شاه وزیر ترەخیل | 21738 |
| 2 | حبیب‌الرحمان افغان | 5148 |
| 3 | میرویس حسین خیل | 4671 |
| 4 | ننگیالی لونگ | 4147 |
| 5 | حاجی پرویز عرب‌زاده | 3629 |
| 6 | الحاج حیدرجان نعیم‌زوی | 3270 |
| 7 | رسول خان کوچی | 2853 |
| 8 | حمیده احمدزی | 1940 |
| 9 | مریم سلیمان‌خیل | 839 |
| 10 | فرزانه کوچی | 798 |

سرور دانش روز یک‌شنبه در نشست «کنگره‌ی ملی مساعدت‌های حقوقی» در کابل گفت که عمل‌کرد ضعیف کمیسیون‌های انتخاباتی در سایه‌ی اتهامات تقلب، تخطی و فساد اعتبار و حیثیت دولت و مردم افغانستان را زیر سوال برده است.

آقای دانش همچنان گفته بود که کمیسیون‌های انتخاباتی با درست انجام ندادن وظایف‌شان در حق مردم افغانستان

تیفا یا بنیاد انتخابات شفاف افغانستان نیز به تاریخ 20 جدی از موجودیت فساد گسترده‌ی انتخاباتی در کمیسیون
مستقل انتخابات ابراز نگرانی کرده و گفته بود که فساد مالی و سیاسی باعث شده تا اعلان نتایج انتخابات پارلمانی به
تاخیر بیافتد.

کمیسیون مستقل انتخابات افغانستان پس از سه ماه تاخیر نتایج ابتدایی انتخابات پارلمانی ولایت کابل را درحالی اعلان
کرد که ساعتی پیش از اعلان رسمی این نتایج، اطلاعات روز فهرست نامزدان برنده را اعلان کرده بود. در فهرست
اطلاعات روز عبدالصمد استانکزی در میان نامزدان مرد و بی‌بی حاجی پروین درانی در میان نامزدان زن در جمع نامزدان
برنده قرار داشتند. اما در نتایج رسمی کمیسیون انتخابات با اندک تغییر در تعداد آرای نامزدان برنده، دو نامزد دیگر
برنده اعلان شده‌اند. نجیب‌الله ناصر به‌عوض عبدالصمد استانکزی و جنرال نظیفه ذکی به‌عوض پروین درانی برنده
شناخته شده‌اند. این تغییرات درحالی در نتایج رسمی آمده است که فهرست منتشر شده از سوی اطلاعات روز را منابع
موثق کمیسیون انتخابات تایید کرده بودند.

**بیشتر بخوانید:** فهرست ابتدایی نامزدان برنده در انتخابات پارلمانی- کابل

© تمامی حقوق این نوشته متعلق به روزنامه اطلاعات روز میباشد.

