# EXHIBIT L



**Quality Translation Services DMCC**
The Home of Translation
كواليتي ترانسليشون سيرفيسز م.د.م.س



"The European Union Ambassador: Parliament has the right to criticize the budget document



While one month has passed since the beginning of the fiscal year 2021-2022, there is still no news about the fate of the draft budget. The European Union Ambassador to Kabul says that the criticism of the budget by the parliament is the responsibility of this institution.

Related:

The House of People approved the budget document for the fiscal year 1400. The third draft of the budget will be presented to the plenary session of the parliament tomorrow.



Dubai Office 1: Jumeirah Lake Towers (JLT), Cluster T, Sobha Realty Metro Station, One Lake Plaza, 7th floor, Office 701.
✉ info@legaltranslationindubai.ae   🌐 www.legaltranslationindubai.ae   📱 056 285 3636
✉ info@translationindubai.ae   🌐 www.translationindubai.ae



The European Union sees the criticism of the budget by the Afghan Parliament as part of its legal responsibilities. The EU ambassador in Kabul says that it is the responsibility of the parliament to criticize the government, and it is the government's responsibility to garner support from the majority of members of the parliament for the budget draft in a constructive manner.

The House of People has been at odds with the government for over a month over what it describes as the lack of balance in the budget for the fiscal year 1400.

While one month has passed since the beginning of the fiscal year 2021-2022, there is still no news about the fate of the draft budget. The European Union Ambassador to Kabul says that the criticism of the budget by the parliament is the responsibility of this institution.

Andreas von Brandt, the new EU ambassador to Afghanistan, said, 'The Afghan parliament has a responsibility to scrutinize the government, and it is the government's responsibility to gain support from the majority of members of the parliament for the budget, and this must be done in a professional and constructive manner.'

This European diplomat says that it is necessary for the current situation between the government and parliament in Afghanistan to guide the country forward.

Andreas von Brandt, the new EU ambassador to Afghanistan, adds, 'In the current circumstances, Afghanistan needs unity, but it does not mean there has to be an agreement on everything. This must be done in a way that does not hinder progress. I have spoken with the heads of both houses of parliament, and it is important that the House of People fulfills its role.'



Dubai Office 1: Jumeirah Lake Towers (JLT), Cluster T, Sobha Realty Metro Station, One Lake Plaza, 7th floor, Office 701.
✉ info@legaltranslationindubai.ae    🌐 www.legaltranslationindubai.ae    ☐ 056 285 3636
✉ info@translationindubai.ae         🌐 www.translationindubai.ae



**Quality Translation Services DMCC**
The Home of Translation
كواليتي ترانسلايشون سيرفيسز م.د.م.س

The Afghan Parliament expects the new draft of the fiscal year 1400 budget with fresh adjustments to be sent to the House of People for approval soon, but in yesterday's cabinet meeting, no discussion took place about the budget draft.

Eqbal Safi, a representative of Kapisa in the House of People, said, 'The government is not paying the salaries of civil servants because it is under pressure from parliament. This is our demand that the government swiftly approves the new draft, and we make the decision.'

Bektash Ischi, the deputy of the Financial and Budget Committee of the House of People, said, 'No discussion took place yesterday in the cabinet regarding the budget, and they are uninterested in approving the budget in parliament.'

Meanwhile, amidst tensions between the government and the House of People over the draft budget for the fiscal year 1400, a member of the House of People has released a list of various types of meat requested by the Presidential Affairs Directorate from national supplies.

Khan Agha Rezayee, a member of the House of People from Kabul, said, 'More than seventy-five percent of the Afghan people live below the poverty line, and in the presidential palace, eighteen types of meat, including ostrich meat and fillet, are being used. This is an injustice to the people who live in this country.'

The Presidential Affairs Directorate has not commented on this.

But the Ministry of Finance announces the continuation of work on the third draft budget.

Dubai Office 1: Jumeirah Lake Towers (JLT), Cluster T, Sobha Realty Metro Station, One Lake Plaza, 7th floor, Office 701.
✉ info@legaltranslationindubai.ae    🌐 www.legaltranslationindubai.ae    📱 056 285 3636
✉ info@translationindubai.ae    🌐 www.translationindubai.ae



The Afghan Parliament has highlighted about fifteen problems in the draft budget."



Dubai Office 1: Jumeirah Lake Towers (JLT), Cluster T, Sobha Realty Metro Station, One Lake Plaza, 7th floor, Office 701.
info@legaltranslationindubai.ae    www.legaltranslationindubai.ae    056 285 3636
info@translationindubai.ae    www.translationindubai.ae



صفحهٔ اصلی  افغانستان  جهان  بازرگانی  ویدیوها  ورزش  فرهنگ و هنر  صحت  دیدگاه شما

نویسنده: زهرا رحیمی، خبرنگار طلوع‌نیوز
۷ دلو ۱۳۹۹

افغانستان

# سفیر اتحادیهٔ اروپا: مجلس حق دارد سند بودجه را نقد کند

## تازه‌ترین خبرهای افغانستان

› ضمیر کابلوف در هند دربارهٔ اوضاع افغانستان گفت‌وگو کرد

› نشست اسلو دربارهٔ افغانستان برگزار شد

› برگزاری نشست هماهنگی میان نهادهای ملل متحد و امارت اسلامی



› ارگ: چین در نشست‌های جهانی از موقف ا.ا پشتیبانی می‌کند

› 🎥 درگیری نیروهای ا.ا و مرزبانان پاکستانی به دندپتان گسترش یافت

## رویدادهای مهم در افغانستان

۱

- دیدگاه‌ها   + شبکه‌های   دیدگاه   EMAIL   TWITTER   FACEBOOK

اجتماعی دیگر

اتحادیهٔ اروپا نقد بودجه را از سوی مجلس نمایندگان افغانستان از مسوولیت‌های قانونی این نهاد می‌داند. سفیر اتحادیه اروپا در کابل

در حالی که با گذشت یک ماه از سال ۱۴۰۰ مالی هنوز هم از سرنوشت مسوده این بودجه خبری نیست سفیر اتحادیه اروپا در کابل می‌گوید که انتقاد مجلس از بودجه مسوولیت این نهاداست.

https://tolonews.com/fa/afghanistan-169537

Page 1 of 5

اخبار مرتبط

مجلس نماینده‌گان سند بودجهٔ سال مالی ۱۴۰۰ را تصویب کرد ›

پیش‌نویس سوم بودجه فردا به نشست عمومی مجلس ارایه می‌شود ›

گزارش انستیتوت صلح امریکا درباره تهدیدهای احتمالی از افغانستان و پاکستان ›

۲

باشندگان ولسوالی گیلان غزنی از نبود خدمات اساسی شکایت دارند ›

۳

سیلاب‌زدگان در ولسوالی مرغاب غور: هیچ کمکی به ما نرسیده است ›

۴

آغاز گسترده تخریب کشت‌زارهای کوکنار در بدخشان ›

۵

سقوط یک چرخ‌بال در غور یک کشته و ۱۲ زخمی برجا گذاشت ›

می‌گوید که این مسوولیت حکومت است تا به یک شیوهٔ سازنده پشتیبانی اکثریت اعضای مجلس نماینده‌گان را برای مسوده بودجه به دست آورد.

مجلس نماینده‌گان از بیش از یک ماه به این برسر آن چه که نبود توازن دربودجه سال مالی ۱۴۰۰ می‌گوید با حکومت در جدال است.

در حالی که با گذشت یک ماه از سال ۱۴۰۰ مالی هنوز هم از سرنوشت مسوده این بودجه خبری نیست سفیر اتحادیه اروپا در کابل می‌گوید که انتقاد مجلس از بودجه مسوولیت این نهاداست .

اندرس وان برنت، سفیر تازه اتحادیه اروپا در افغانستان در این باره بیان داشت: «این مسوولیت مجلس نماینده‌گان است که حکومت را نقد کند و این مسوولیت حکومت است که پشتیبانی اکثریت اعضای مجلس نماینده‌گان را در بارۀ بودجه به دست آورد و این کار باید به یک شیوه حرفه‌یی و سازنده انجام شود.»

این دیپلومات اروپایی می‌گوید که نیاز است تا دراوضاع کنونی حکومت وپارلمان افغانستان برای این کشور کارنمایند.

اندرس وان برنت سفیر تازه اتحادیه اروپا در افغانستان می افزاید:«در شرایط کنونی افغانستان به اتحاد نیاز دارد اما به این معنی نیست که درباره هر چیز باید یک توافق باشد این کار باید با رویکردی انجام شود تا سبب توقف پیشرفت نگردد. من با رییسان هر دو مجلس گفت وگو کرده ام و این مهم است که مجلس نماینده گان نقش مشخص خودش را انجام دهد.»

مجلس نماینده‌گان انتظار دارد که مسوده سوم بودجه سال ۱۴۰۰ مالی با تعدیلات تازه به زودی از سوی وزارت مالیه برای تایید شدن به مجلس نماینده‌گان فرستاده شود اما در نشست دیروز کابینه روی مسوده بودجه هیچ بحثی نشده‌است.

اقبال صافی مجلس نماینده گان- کاپیسا گفت:«حکومت بخاطری که پارلمان زیر فشار بیاید معاش مامورین را نمی پردازد در حالی که این یک فشار بالای ولسی جرگه است خواست ما این است که حکومت هر چه زودتر مسوده جدید را روان بکند و ما سرش تصمیم بگیریم.»

بکتاش ایشچی مجلس معاون کمیسیون مالی و بودجه مجلس نماینده گان گفت:«دیروز در کابینه در قسمت بودجه بحثی صورت نگرفته است و در قسمت تصویب بودجه در پارلمان بی علاقه است.»

در همین حال در اوج تنش ها میان حکومت و مجلس نماینده گان در باره



ما را دنبال کنید

در رسانه‌های اجتماعی با ما بپیوندید

## خبرنامه

برای دریافت تازه‌ترین خبرها از طلوع‌نیوز، ثبت نام کنید

ایمیل شما

موافقم

پیش نویس بوده سال ۱۴۰۰ یک عضو مجلس نمایندگان فهرست هژه نوع گوشت را که ادارهٔ امور ریاست‌جمهوری از تدارکات ملی درخواست کرده را پخش کرده‌است.

خان آغا رضایی، عضو مجلس نمایندگان- کابل گفت: «مردم افغانستان بیش از هفتاد و پنج درصد زیر خط فقر استند و در ریاست‌جمهوری هژده نوع گوشت که گوشت کبک و بودنه و انواع مختلف گوشت را استفاده می کنند این جفا است در حق مردمی که در این وطن زندگی می‌کنند.»

ادارهٔ امور ریاست‌جمهوری در این باره چیزی نمی‌گوید.

اما وزارت مالیه ازادامه کار روی مسوده سوم بودجه خبرمی دهد.

مجلس نمایندگان افغانستان درحدود نزده مشکل را درمسوده بودجه برجسته ساخته‌است.

### همرسانی کنید

   EMAIL  VITTER  EBOOK

+ شیکه‌های اجتماعی دیگر

- دیدگاه‌ها

## خبرهای مرتبط


### مجلس نمایندگان سند بودجهٔ سال مالی ۱۴۰۰ را تصویب کرد
۴ حوت ۱۳۹۹


### پیش‌نویس سوم بودجه فردا به نشست عمومی مجلس ارایه می‌شود
۳ حوت ۱۳۹۹


### کابینه فردا دربارهٔ پیش‌نویس سوم بودجه سال مالی ۱۴۰۰ تصمیم می‌گیرد
۵ دلو ۱۳۹۹


### بودجه سال نو هجری خورشیدی از سوی مجلس نمایندگان رد شد
۱۰ جدی ۱۳۹۹





واکنش‌ها به رد طرح بررسی بودجۀ میانه‌سال از سوی مجلس
۲۳ عقرب ۱۳۹۹



مجلس تعدیلات پیشنهادی حکومت در بودجه را تأیید کرد
۱۱ سرطان ۱۳۹۹



رییس مجلس نماینده‌گان: بودجۀ ۱۳۹۹ نامتوازن و نامعادلانه است
۱۴ جدی ۱۳۹۸



انتقادها از چگونگی هزینه‌شدن پول‌های کد ۹۱ از سوی حکومت
۲۷ قوس ۱۳۹۸

### دیدگاه تان در این باره

۰ دیدگاه          ▼ ورود  ①

گفتگو را آغاز کن...

ورود با          یا ثبت‌نام در DISQUS  ⓘ

نام

♡   •   به اشتراک گذاری

برترین   تازه‌ترین   قدیمی‌ترین



اولین نفری باشید که دیدگاه ارسال می‌کنید.

## خبرهای بیشتر



**جهان**

### بنیامین نتنیاهو: اجازه ایجاد دولت مستقل فلسطینی را نمی‌دهیم

بنیامین نتنیاهو هم‌چنان اعلام کرده که برای حکومت آینده نوار غزه، حذف حماس از این شهر...

دیروز – ۱۱:۰۹ پیش از چاشت



**افغانستان**

### ضمیر کابلوف در هند درباره اوضاع افغانستان گفت‌وگو کرد

بر بنیاد این خبرنامه، در دیدارهای ضمیر کابلوف با مقام‌های هندی هم‌چنان درباره کمک‌های انکشافی برای حمایت از رفاه مردم افغانستان گفت‌وگو...

امروز – ۷:۲۱ پیش از چاشت



**بازرگانی**

### گزارش "یوان‌دی‌پی" از تاب‌آوری زنان کارآفرین در افغانستان

بر بنیاد این گزارش، ۷۳ درصد از مصاحبه شوندها از محدودیت‌های سفر بی‌محرم شکایت کرده و ۴۱ درصد از زنان کارآفرین، وادار به گرفتن قرض شده...

دیروز – ۷:۲۰ پس از چاشت



