# EXHIBIT M

The esteemed representatives are all present

Neither Rahmani nor administration council rejected the budget

The special commission rejected the budget with ten reasons at first,

then with nineteen reasons.

You brought the document in the joint session you attended

and, in consensus, rejected it during the joint session.

As the government confuses the minds every where

Allow me to point out that during interviews or press conferences, "Argandi Wal" clearly and explicitly stated that

I was eliminated due to a contract that was signed at twice the market price and the contract of 18 types of meat by government entities.

He didn't say Rahmani had done it.

It's a challenge for you and all representatives.

If I had a contract with Afghanistan government, you would cancel it.

And the budget is at your disposal

Wherever it's related to Rahman, dismiss the matters.

Wherever it's relevant to representatives, dismiss the matters.

The government has taken us hostage, the president has taken us hostage.

On Tuesday, we want 'Argandi Wal.'

'Argandi Wal,' you were the finance minister.

When it was rejected twice, did you notice this budget?

Why don't you clearly state that the budget was taken hostage under the presidency of the president

and by "Fazli" and "Mohib"?

The sectoral ministries have transferred their entire projects to the operational unit.

Well, let's just abolish the ministries then!

You are the representative of the House of People.

If the budget has come to me and I decided in person please clarify.

Even I haven't seen the pages of the budget

Well, I reflected your decision.

You know better that I and some other MPs are under the government attacks

Or someone flaunts their power, and by morning, their brother ascends to a position of power.

their brother ascends to a position of power their son ascends to a position of power

Isn't this hostage-taking or oppression?

Honorable representatives, you bear responsibility towards the nation.

The only one that was keenly interested in our proposal and made an effort was Mr. 'Seylab' himself.

Why should we forsake the interests of our people?

The welfare of the people is our top priority.

Let the government sweat over it.

It has been clear to the nation who takes hostages, who oppresses, and who ruins Afghanistan.

We advocate for peace. It's evident that if someone desires peace, they'll face resistance

because they don't want peace.

Sometimes they call our representatives thieves

sometimes they label our representatives corrupt

, sometimes they accuse our representatives of being mafia

while it's evident that the mafia resides in the 'Arg' [presidential palace], because he is the president.

Let them make the finance minister toe the line.

Let the tax minister understand his responsibilities.

They call the tax minister, telling him to take on or reject certain projects

The tax minister isn't one of our relatives.

He should clarify for you what corruption is present in the government.

Have you ever seen a president doubling as the head of procurement anywhere in the world?

Our homeland suffers from intense conflict. Where did security vanish to?

And God forbid if these ministers display any sign of negligence.

Won't you come forward and tell us what condition our ministers are in?

This nation is in a state of utter turmoil!

They're playing with the fate of the people.

Well, you're all representatives, aren't you?

Now you don't want to speak up about what the government is up to?

Your excellency!! What does it matter to me if your brother's son gets separated?

Their spokesmen are fooling the people left and right!!

By God, bringing about change and transformation is a principle.

Why isn't it a principle for you? Why you commit a lot of crimes?