# EXHIBIT N



| | |
|---|---|
| Subject | FW: [Non-DoD Source] Re: Place follow orders on hold |
| From | Ejaz Butt <ejaz.butt@sml-energy.com> |
| To | Kuku, Adekunle F CPT USARMY (US) <adekunle.f.kuku.mil@mail.mil> |
| Cc | Panco, Jedediah J CW2 USARMY (US) <jedediah.j.panco.mil@mail.mil>, farhad@sml-energy.com <farhad@sml-energy.com>, Gabriela Gamez <gabriela.gamez@sml-energy.com> |
| Date | 01-03-2018 12:58 |

- Part 2.eml(~98 KB)
- Nuristan Orders.xlsx(~10 KB)
- Part 3.eml(~63 KB)
- Proposed Changes.xlsx(~12 KB)
- Part 4.eml(~9 KB)
- Part 5.eml(~8 KB)

CPT Kuku

Sir as we discussed on phone call in detail, we need an update about the last month orders of Corps 209 which were cut to **50%** and Corps 201 orders which were put **ON HOLD** by COR. Kindly update us about their latest status of these orders. I have attached email conversations of SML & Chief Pesarsick on this issue for better understanding.

Please let me know if you have any more questions.

**Very Respectfully**

**Ejaz Butt**
**General Manager Operations**
**Secure Movement Logistics Services (SML)**

71-75, Shelton Street, Covent Garden,
London, WC2H 9JQ, ENGLAND

Khoja Boghra
Kabul, Afghanistan
Phone: +93 786 217270
ejaz.butt@sml-energy.com


On 21/02/2018, 11:19 AM, "Pesarsick, Jeffrey A CW2 USARMY (US)" <jeffrey.a.pesarsick.mil@mail.mil> wrote:

> Sir
>
> Awaiting funding.  Should be coming through in the next 24 hours.
>
> I will advise once we are good to release the orders.
>
> Thanks
>
> Chief
>
> -----Original Message-----
> From: Ejaz Butt [mailto:ejaz.butt@sml-energy.com]
> Sent: Tuesday, February 20, 2018 8:09 PM
> To: Pesarsick, Jeffrey A CW2 USARMY (US) <jeffrey.a.pesarsick.mil@mail.mil>
> Cc: farhad@sml-energy.com; Syed Sadaat <syed.sadaat@sml-energy.com>; Gabriela Gamez <gabriela.gamez@sml-energy.com>
> Subject: [Non-DoD Source] Re: Place follow orders on hold
>
>     All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

Good Evening Sir

Is there any update on the status of Nuristan orders which are ON HOLD ? Please let us know if you made any decision on these attached orders.

Very Respectfully

Ejaz Butt
General Manager Operations
Secure Movement Logistics Services (SML)

71-75, Shelton Street, Covent Garden,
London, WC2H 9JQ, ENGLAND

Khoja Boghra
Kabul, Afghanistan
Phone: +93 786 217270
ejaz.butt@sml-energy.com < Caution-mailto:ejaz.butt@sml-energy.com >


From: Ejaz Butt <ejaz.butt@sml-energy.com>
Date: Monday, 12 February 2018 at 12:53 PM
To: "Pesarsick, Jeffrey A CW2 USARMY (US)" <jeffrey.a.pesarsick.mil@mail.mil>
Cc: "farhad@sml-energy.com" <farhad@sml-energy.com>, Syed Sadaat <syed.sadaat@sml-energy.com>, Gabriela Gamez <gabriela.gamez@sml-energy.com>, "andrew@sml-energy.com" <andrew@sml-energy.com>, "farhan.fiaz@sml-energy.com" <farhan.fiaz@sml-energy.com>
Subject: Re: Place follow orders on hold


Good Afternoon
Chief Pesarsick

Reference to your below email we put these changes in ordering sheet (See attached file). Please let us know if there is any update on their status (ON HOLD or cut in Half). Nuristan POC is calling in SML operations and requesting for his fuel.

Needs your advice on the matter.

Respectfully

Ejaz Butt
General Manager Operations
Secure Movement Logistics Services (SML)

71-75, Shelton Street, Covent Garden,
London, WC2H 9JQ, ENGLAND

Khoja Boghra
Kabul, Afghanistan
Phone: +93 786 217270
ejaz.butt@sml-energy.com < Caution-mailto:ejaz.butt@sml-energy.com >


From: Ejaz Butt <ejaz.butt@sml-energy.com>
Date: Wednesday, 31 January 2018 at 5:27 PM
To: "Pesarsick, Jeffrey A CW2 USARMY (US)" <jeffrey.a.pesarsick.mil@mail.mil>
Cc: "farhad@sml-energy.com" <farhad@sml-energy.com>, Syed Sadaat <syed.sadaat@sml-energy.com>
Subject: Re: Place follow orders on hold


Good Evening Sir

Email received and acknowledged.

We are putting Nuristan Petrol & Diesel on hold in CORPS 201. Also, for the CORPS 209 we will make sure not to deliver more than 50% against Balkh orders till your next instructions.

Very Respectfully

Ejaz Butt
General Manager Operations
Secure Movement Logistics Services (SML)  <Caution-file:////Users/ejazbutt/Library/Containers/com.microsoft.Outlook/Data/Library/Caches/Signatures/signature_1182936232>

71-75, Shelton Street, Covent Garden,
London, WC2H 9JQ, ENGLAND

Khoja Boghra
Kabul, Afghanistan
Phone: +93 786 217270
ejaz.butt@sml-energy.com < Caution-mailto:ejaz.butt@sml-energy.com >


On 31/01/2018, 4:47 PM, "Pesarsick, Jeffrey A CW2 USARMY (US)" <jeffrey.a.pesarsick.mil@mail.mil> wrote:

  SML

  Please place any orders in the 201 for Diesel in Nangahar or Nuristan on hold.

  Please place any orders for the 201 for Petrol in Kunar or Nuristan on hold.

  In the 209th please take the orders in Balkh and cut them in half.

  We are working through a contract issue and will advise further as we have information.

  Pease acknowledge this email.

  Very Respectfully,


  JEFFREY A PESARSICK, CW2, US Army

  MoD CL III Commodity Manager

  DCOS ANSF LOG (DLO)

  NIPR: 318-449-1182

  SIPR: 308-449-8209

| | |
|---|---|
| Subject | **Re: Place follow orders on hold** |
| From | Ejaz Butt <ejaz.butt@sml-energy.com> |
| To | Pesarsick, Jeffrey A CW2 USARMY (US) <jeffrey.a.pesarsick.mil@mail.mil> |
| Cc | farhad@sml-energy.com <farhad@sml-energy.com>, Syed Sadaat <syed.sadaat@sml-energy.com>, Gabriela Gamez <gabriela.gamez@sml-energy.com> |
| Bcc | Mallory, Jeffrey <Jeffrey.Mallory@dyn-intl.com>, Mallory, Jeffrey R CTR (US) <Jeffrey.r.mallory.ctr@mail.mil> |
| Date | 20-02-2018 20:08 |

Good Evening Sir

Is there any update on the status of Nuristan orders which are ON HOLD ? Please let us know if you made any decision on these attached orders.

Very Respectfully

**Ejaz Butt
General Manager Operations
Secure Movement Logistics Services (SML)**



71-75, Shelton Street, Covent Garden,
London, WC2H 9JQ, ENGLAND

Khoja Boghra
Kabul, Afghanistan
Phone: +93 786 217270
ejaz.butt@sml-energy.com

---

**From:** Ejaz Butt <ejaz.butt@sml-energy.com>
**Date:** Monday, 12 February 2018 at 12:53 PM
**To:** "Pesarsick, Jeffrey A CW2 USARMY (US)" <jeffrey.a.pesarsick.mil@mail.mil>
**Cc:** "farhad@sml-energy.com" <farhad@sml-energy.com>, Syed Sadaat <syed.sadaat@sml-energy.com>, Gabriela Gamez <gabriela.gamez@sml-energy.com>, "andrew@sml-energy.com" <andrew@sml-energy.com>, "farhan.fiaz@sml-energy.com" <farhan.fiaz@sml-energy.com>
**Subject:** Re: Place follow orders on hold

Good Afternoon
Chief Pesarsick

Reference to your below email we put these changes in ordering sheet (See attached file). Please let us know if there is any update on their status (ON HOLD or cut in Half). Nuristan POC is calling in SML operations and requesting for his fuel.

Needs your advice on the matter.


Respectfully

**Ejaz Butt
General Manager Operations
Secure Movement Logistics Services (SML)**



71-75, Shelton Street, Covent Garden,
London, WC2H 9JQ, ENGLAND

Khoja Boghra
Kabul, Afghanistan
Phone: +93 786 217270
ejaz.butt@sml-energy.com

---

**From:** Ejaz Butt <ejaz.butt@sml-energy.com>
**Date:** Wednesday, 31 January 2018 at 5:27 PM
**To:** "Pesarsick, Jeffrey A CW2 USARMY (US)" <jeffrey.a.pesarsick.mil@mail.mil>
**Cc:** "farhad@sml-energy.com" <farhad@sml-energy.com>, Syed Sadaat <syed.sadaat@sml-energy.com>
**Subject:** Re: Place follow orders on hold

Good Evening Sir
Email received and acknowledged.

We are putting Nuristan Petrol & Diesel on hold in CORPS 201. Also, for the CORPS 209 we will make sure not to deliver more than 50% against Balkh orders till your next instructions.

**Very Respectfully**

**Ejaz Butt**
**General Manager Operations**
**Secure Movement Logistics Services (SML)**

71-75, Shelton Street, Covent Garden,
London, WC2H 9JQ, ENGLAND

Khoja Boghra
Kabul, Afghanistan
Phone: +93 786 217270
ejaz.butt@sml-energy.com

---

On 31/01/2018, 4:47 PM, "Pesarsick, Jeffrey A CW2 USARMY (US)" <jeffrey.a.pesarsick.mil@mail.mil> wrote:

>    SML
>
>    Please place any orders in the 201 for Diesel in Nangahar or Nuristan on hold.
>
>    Please place any orders for the 201 for Petrol in Kunar or Nuristan on hold.
>
>    In the 209th please take the orders in Balkh and cut them in half.
>
>    We are working through a contract issue and will advise further as we have information.
>
>    Pease acknowledge this email.
>
>    Very Respectfully,

JEFFREY A PESARSICK, CW2, US Army
MoD CL III Commodity Manager
DCOS ANSF LOG (DLO)
NIPR: 318-449-1182
SIPR: 308-449-8209

| | |
|---|---|
| Subject | Re: Place follow orders on hold |
| From | Ejaz Butt <ejaz.butt@sml-energy.com> |
| To | Pesarsick, Jeffrey A CW2 USARMY (US) <jeffrey.a.pesarsick.mil@mail.mil> |
| Cc | farhad@sml-energy.com <farhad@sml-energy.com>, Syed Sadaat <syed.sadaat@sml-energy.com>, Gabriela Gamez <gabriela.gamez@sml-energy.com>, andrew@sml-energy.com <andrew@sml-energy.com>, farhan.fiaz@sml-energy.com <farhan.fiaz@sml-energy.com> |
| Bcc | Mallory, Jeffrey <Jeffrey.Mallory@dyn-intl.com>, Mallory, Jeffrey R CTR (US) <Jeffrey.r.mallory.ctr@mail.mil> |
| Date | 12-02-2018 12:53 |

Good Afternoon
Chief Pesarsick

Reference to your below email we put these changes in ordering sheet (See attached file). Please let us know if there is any update on their status (ON HOLD or cut in Half). Nuristan POC is calling in SML operations and requesting for his fuel.

Needs your advice on the matter.

Respectfully

**Ejaz Butt**
**General Manager Operations**
**Secure Movement Logistics Services (SML)**



71-75, Shelton Street, Covent Garden,
London, WC2H 9JQ, ENGLAND

Khoja Boghra
Kabul, Afghanistan
Phone: +93 786 217270
ejaz.butt@sml-energy.com

---

**From:** Ejaz Butt <ejaz.butt@sml-energy.com>
**Date:** Wednesday, 31 January 2018 at 5:27 PM
**To:** "Pesarsick, Jeffrey A CW2 USARMY (US)" <jeffrey.a.pesarsick.mil@mail.mil>
**Cc:** "farhad@sml-energy.com" <farhad@sml-energy.com>, Syed Sadaat <syed.sadaat@sml-energy.com>
**Subject:** Re: Place follow orders on hold

Good Evening Sir
Email received and acknowledged.

We are putting Nuristan Petrol & Diesel on hold in CORPS 201. Also, for the CORPS 209 we will make sure not to deliver more than 50% against Balkh orders till your next instructions.

Very Respectfully

**Ejaz Butt**
**General Manager Operations**

**Secure Movement Logistics Services (SML)**

71-75, Shelton Street, Covent Garden,
London, WC2H 9JQ, ENGLAND

Khoja Boghra
Kabul, Afghanistan

Phone: +93 786 217270
ejaz.butt@sml-energy.com

On 31/01/2018, 4:47 PM, "Pesarsick, Jeffrey A CW2 USARMY (US)" <jeffrey.a.pesarsick.mil@mail.mil> wrote:
SML

Please place any orders in the 201 for Diesel in Nangahar or Nuristan on hold.

Please place any orders for the 201 for Petrol in Kunar or Nuristan on hold.

In the 209th please take the orders in Balkh and cut them in half.

We are working through a contract issue and will advise further as we have information.

Pease acknowledge this email.

Very Respectfully,

JEFFREY A PESARSICK, CW2, US Army
MoD CL III Commodity Manager
DCOS ANSF LOG (DLO)
NIPR: 318-449-1182
SIPR: 308-449-8209

| | |
|---|---|
| Subject | **Re: Place follow orders on hold** |
| From | Ejaz Butt <ejaz.butt@sml-energy.com> |
| To | Pesarsick, Jeffrey A CW2 USARMY (US) <jeffrey.a.pesarsick.mil@mail.mil> |
| Cc | farhad@sml-energy.com <farhad@sml-energy.com>, Syed Sadaat <syed.sadaat@sml-energy.com> |
| Date | 31-01-2018 17:27 |

Good Evening Sir
Email received and acknowledged.

We are putting Nuristan Petrol & Diesel on hold in CORPS 201. Also, for the CORPS 209 we will make sure not to deliver more than 50% against Balkh orders till your next instructions.

**Very Respectfully**

**Ejaz Butt**
**General Manager Operations**
**Secure Movement Logistics Services (SML)**

71-75, Shelton Street, Covent Garden,
London, WC2H 9JQ, ENGLAND

Khoja Boghra
Kabul, Afghanistan
Phone: +93 786 217270
ejaz.butt@sml-energy.com


On 31/01/2018, 4:47 PM, "Pesarsick, Jeffrey A CW2 USARMY (US)" <jeffrey.a.pesarsick.mil@mail.mil> wrote:
  SML

  Please place any orders in the 201 for Diesel in Nangahar or Nuristan on hold.

  Please place any orders for the 201 for Petrol in Kunar or Nuristan on hold.

  In the 209th please take the orders in Balkh and cut them in half.

  We are working through a contract issue and will advise further as we have information.

  Pease acknowledge this email.

  Very Respectfully,

  JEFFREY A PESARSICK, CW2, US Army
  MoD CL III Commodity Manager
  DCOS ANSF LOG (DLO)
  NIPR: 318-449-1182
  SIPR: 308-449-8209




| | |
|---|---|
| Subject | **RE: [Non-DoD Source] Re: Place follow orders on hold** |
| From | Pesarsick, Jeffrey A CW2 USARMY (US) <jeffrey.a.pesarsick.mil@mail.mil> |
| To | Ejaz Butt <ejaz.butt@sml-energy.com> |
| Date | 21-02-2018 11:19 |

```
Sir

Awaiting funding.  Should be coming through in the next 24 hours.

I will advise once we are good to release the orders.

Thanks

Chief

-----Original Message-----
From: Ejaz Butt [mailto:ejaz.butt@sml-energy.com]
Sent: Tuesday, February 20, 2018 8:09 PM
To: Pesarsick, Jeffrey A CW2 USARMY (US) <jeffrey.a.pesarsick.mil@mail.mil>
Cc: farhad@sml-energy.com; Syed Sadaat <syed.sadaat@sml-energy.com>; Gabriela Gamez <gabriela.gamez@sml-energy.com>
Subject: [Non-DoD Source] Re: Place follow orders on hold

All active links contained in this email were disabled.  Please verify the identity of the sender, and confirm the
authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.



_____
```

Good Evening Sir

Is there any update on the status of Nuristan orders which are ON HOLD ? Please let us know if you made any decision on these attached orders.

Very Respectfully

Ejaz Butt
General Manager Operations
Secure Movement Logistics Services (SML)

71-75, Shelton Street, Covent Garden,
London, WC2H 9JQ, ENGLAND

Khoja Boghra
Kabul, Afghanistan
Phone: +93 786 217270
ejaz.butt@sml-energy.com < Caution-mailto:ejaz.butt@sml-energy.com >


From: Ejaz Butt <ejaz.butt@sml-energy.com>
Date: Monday, 12 February 2018 at 12:53 PM
To: "Pesarsick, Jeffrey A CW2 USARMY (US)" <jeffrey.a.pesarsick.mil@mail.mil>
Cc: "farhad@sml-energy.com" <farhad@sml-energy.com>, Syed Sadaat <syed.sadaat@sml-energy.com>, Gabriela Gamez <gabriela.gamez@sml-energy.com>, "andrew@sml-energy.com" <andrew@sml-energy.com>, "farhan.fiaz@sml-energy.com" <farhan.fiaz@sml-energy.com>
Subject: Re: Place follow orders on hold


Good Afternoon
Chief Pesarsick

Reference to your below email we put these changes in ordering sheet (See attached file). Please let us know if there is any update on their status (ON HOLD or cut in Half). Nuristan POC is calling in SML operations and requesting for his fuel.

Needs your advice on the matter.


Respectfully

Ejaz Butt
General Manager Operations
Secure Movement Logistics Services (SML)

71-75, Shelton Street, Covent Garden,
London, WC2H 9JQ, ENGLAND

Khoja Boghra
Kabul, Afghanistan
Phone: +93 786 217270
ejaz.butt@sml-energy.com < Caution-mailto:ejaz.butt@sml-energy.com >



From: Ejaz Butt <ejaz.butt@sml-energy.com>
Date: Wednesday, 31 January 2018 at 5:27 PM
To: "Pesarsick, Jeffrey A CW2 USARMY (US)" <jeffrey.a.pesarsick.mil@mail.mil>
Cc: "farhad@sml-energy.com" <farhad@sml-energy.com>, Syed Sadaat <syed.sadaat@sml-energy.com>
Subject: Re: Place follow orders on hold


Good Evening Sir
Email received and acknowledged.

We are putting Nuristan Petrol & Diesel on hold in CORPS 201. Also, for the CORPS 209 we will make sure not to deliver more than 50% against Balkh orders till your next instructions.


Very Respectfully

Ejaz Butt
General Manager Operations
Secure Movement Logistics Services (SML)  <Caution-file:////Users/ejazbutt/Library/Containers/com.microsoft.Outlook/Data/Library/Caches/Signatures/signature_1182936232>

71-75, Shelton Street, Covent Garden,
London, WC2H 9JQ, ENGLAND

Khoja Boghra
Kabul, Afghanistan
Phone: +93 786 217270
ejaz.butt@sml-energy.com < Caution-mailto:ejaz.butt@sml-energy.com >


On 31/01/2018, 4:47 PM, "Pesarsick, Jeffrey A CW2 USARMY (US)" <jeffrey.a.pesarsick.mil@mail.mil> wrote:

    SML


    Please place any orders in the 201 for Diesel in Nangahar or Nuristan on hold.


    Please place any orders for the 201 for Petrol in Kunar or Nuristan on hold.


    In the 209th please take the orders in Balkh and cut them in half.


    We are working through a contract issue and will advise further as we have information.


    Pease acknowledge this email.


    Very Respectfully,



    JEFFREY A PESARSICK, CW2, US Army

    MoD CL III Commodity Manager

    DCOS ANSF LOG (DLO)

    NIPR: 318-449-1182

    SIPR: 308-449-8209