IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIR RAHMAN RAHMANI *et al.*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>JANET YELLEN,<br>  Secretary of U.S. Department<br>  of the Treasury, *et al.*,<br><br>    *Defendants*. | Civil Action No. 1:24-cv-00285 (RC) |

## **DEFENDANTS' SUPPLEMENTAL NOTICE OF LODGING**

Defendants, through undersigned counsel, hereby provide notice that the Government is supplementing its May 31, 2024, lodging (ECF No. 42) of classified and protected information in connection with the Government's Motion for Summary Judgment. *See* 50 U.S.C. § 1702(c) (permitting *ex parte, in camera* review of classified information); Executive Order 13,526 (governing national security information). Defendants' *ex parte, in camera* submission included classified and otherwise protected portions of the administrative record in this matter, specifically, OFAC's evidentiary memorandum and supporting exhibits related to the designation of Plaintiffs A. and M. Rahmani. Today, July 24, 2024, Defendants hereby provide notice that they are supplementing their prior submission with the Declaration of Douglas Domin of the Office of the Special Inspector General for Afghanistan Reconstruction, regarding the record redactions made based on the Government's assertion of the law enforcement privilege. *See López Bello v. Gacki*, Case No. 1:21-cv-01727 (D.D.C.), ECF No. 16 (following cross-motions for summary judgment, notice of *ex parte*, *in camera* record lodging, including declaration supporting law enforcement privilege); *Rakhimov v. Gacki*, Case No. 1:19-cv-02554 (D.D.C.), ECF No. 20 (same). As with

Defendants' prior submission, the submission is being lodged for secure storage and for secure transmission to the Court (upon request) with the United States Department of Justice, Litigation Security Group, Washington, D.C., (202) 514-9016. The Court may contact the undersigned counsel, or the Litigation Security Group, to assist in securing delivery of this submission for review at the Court's convenience.

Dated: July 24, 2024                     Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director
Civil Division, Federal Programs Branch

/s/ Yoseph T. Desta
YOSEPH T. DESTA
ALEXANDER N. ELY
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Phone: 202-305-3080
Fax: 202-616-8460
Email: Yoseph.T.Desta@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on July 24, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants.

/s/ Yoseph T. Desta
Yoseph T. Desta

*Counsel for Defendants*