**IN THE UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MIR RAHMAN RAHMANI, *et al.*, ) | |
| ) | |
| Plaintiffs. ) | |
| ) | |
| v. ) | Civil Action No.: 1:24-cv-285 (RC) |
| ) | |
| JANET YELLEN, ) | |
| Secretary of Department ) | |
| of the Treasury, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Mir Rahman

Rahmani ("**M. Rahmani**"), Haji Ajmal Rahmani ("**A. Rahmani**" and together with M.

Rahmani, the "**Rahmanis**"), Ozean Immobilien Projektentwicklung Verwaltungs-GmbH, Ozean

Immobilien Management GmbH & Co. KG, Ozean Immobilien Projektentwicklung GmbH &

Co. KG, Pyramaxia Immoprojekt GmbH & Co. KG, Pyramaxia Real Estate Development GmbH

& Co. KG, Pyramaxia Real Estate GmbH & Co. KG, Ozean Group GmbH, Ozean Baustoffe

GmbH & Co. KG, Ozean Horizont Bauwerke GmbH, Ozean Horizont Objektplanung GmbH &

Co. KG, Ozean Horizont Projektentwicklungs GmbH & Co. KG, RG Immoprojekt GmbH & Co.

KG, RG Real Estate Development GmbH & Co. KG, RG Real Estate GmbH & Co. KG, NAI

Energy Europe GmbH & Co. KG, NAI Management GmbH, Pyramaxia Limited, RG Holdings

Limited, Buoyant Holdings Limited, Ocean Europe CY Limited, D.C.H. Dream Creators

Holdings LTD, Riseonic Holdings Limited, ZEM Holdings LTD, RG Group FZE, The Fern

Limited, Ocean Estate Company Limited, Ocean Estate GmbH, Ocean Properties GmbH, and

Ozean Real Estate GmbH & Co. KG (all entities collectively, "**Related Entities**" and, together

with M. Rahmani and A. Rahmani, collectively "**Plaintiffs**") and Defendants Janet Yellen, The United States Department of the Treasury, The United States Department of the Treasury Office of Foreign Assets Control, Anthony J. Blinken, and The United States Department of State (collectively **"Defendants"**), by and through undersigned counsel, hereby stipulate that Count V of the Complaint [ECF Doc. No. 1] (the "Complaint") be dismissed without prejudice, with each party bearing its own attorneys' fees, costs, and expenses. In light of the ongoing negotiations and discussions on the Rahmanis' Petitions for Reconsideration pending before OFAC, the parties also withdraw and terminate all pending motions submitted in this action. All other claims in this action have been previously dismissed by the Court in its Memorandum Opinion dated April 19, 2024 [ECF Doc. No. 33]. As such, the Parties hereby stipulate to the entry of a final judgment as to Counts I-IV of the Complaint.

Dated: October 9, 2024

Washington, DC

By: /s/ Christopher M. Chaisson
Christopher M. Chaisson (Bar No. 1684813)
Enayat Qasimi (Bar No. 987877)
Whiteford, Taylor & Preston, LLP
1800 M Street, NW, Suite 450N
Washington, DC 20036
Telephone: (202) 836-8485
Facsimile: (202) 327-6174
Email: cchaisson@whitefordlaw.com
Email: eqasimi@whitefordlaw.com

*Counsel for Plaintiffs*

BRIAN M. BOYTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director
Civil Division, Federal Programs Branch

By: */s/ Yoseph T. Desta*
YOSEPH T. DESTA
ALEXANDER N. ELY
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-3080
Facsimile: (202) 616-8470
Email: Yoseph.T.Desta@usdoj.gov

*Counsel for Defendants*