## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| MIR RAHMAN RAHAMNI, *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 24-285 (RC) |
| | : | | |
| v. | : | Re Document No.: | 55 |
| | : | | |
| JANET YELLEN, Secretary of | : | | |
| Department of the Treasury, *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

### ORDER

Pursuant to the parties' joint stipulation of dismissal, it is hereby:

**ORDERED** that Count V of the Complaint is dismissed without prejudice; and it is

**FURTHER ORDERED** that Plaintiffs' motion for reconsideration (ECF No. 39),

Defendants' Motion for Summary Judgment (ECF No. 41), and Plaintiffs' Cross-Motion for

Summary Judgment (ECF No. 45) are dismissed as moot; and it is

**FURTHER ORDERED** that Final Judgment be entered for Defendants on Counts I, II,

III, and IV of the Complaint.

**SO ORDERED**.

Dated:  October 9, 2024                                      RUDOLPH CONTRERAS
                                                                        United States District Judge