# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MIR RAHMAN RAHMANI, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No.: 1:24-cv-00285 (RC) |
| | : | |
| v. | : | |
| | : | |
| JANET YELLEN, Secretary of | : | |
| Department of the Treasury, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEAL

Notice is hereby given pursuant to Federal Rule of Appellate Procedure 3 that ALL PLAINTIFFS hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the final judgment entered on October 9, 2024 (ECF No. 56).

Dated: December 6, 2024                     Respectfully Submitted,

Washington, DC                              By: /s/ Christopher M. Chaisson

Christopher M. Chaisson (Bar No. 1684813)
Enayat Qasimi (Bar No. 987877)
William Fitts Ryan, Jr. (Bar No. MD00360)
Whiteford, Taylor & Preston L.L.P.
1800 M Street, N.W.
Suite 450N
Washington, DC 20036
Tel: (202) 836-8485
Email: cchaisson@whitefordlaw.com
Email: eqasimi@whitefordlaw.com
Email: wryan@whitefordlaw.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney of record in this case, hereby certifies that on December 6, 2024, a true and correct copy of this *Notice of Appeal* was filed electronically by CM/ECF, which causes notice to be sent to all counsel of record.

Dated: December 6, 2024

                                      Respectfully submitted,

                                      /s/ Christopher M. Chaisson
                                      Christopher M. Chaisson (Bar No. 1684813)
                                      Whiteford, Taylor & Preston L.L.P.
                                      1800 M Street, N.W.
                                      Suite 450N
                                      Washington, D.C. 20036
                                      Telephone: (202) 836-8485
                                      Email: cchaisson@whitefordlaw.com

                                      *Counsel for Plaintiffs*