UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MIR RAHMAN RAHMANI, *et al.*,

    Plaintiffs,

v.

JANET YELLEN, Secretary of
Department of the Treasury, *et al.*,

    Defendants.

Civil Action No.: 1:24-cv-00285 (RC)

## ORDER

THIS MATTER has come before the Court on Plaintiffs' Unopposed Motion for Certification Under Fed. R. Civ. P. 54(b). The Court has reviewed and considered the Motion and all papers filed in support, as well as the pleadings and other papers filed herein; and the Court being otherwise fully apprised and informed in all respects as to the matters herein;

Now, therefore, **IT IS HEREBY ORDERED** that Plaintiffs' Unopposed Motion for Certification Under Fed. R. Civ. P. 54(b) is **GRANTED**; and it is further

**ORDERED** that this Court's October 9, 2024, Order (ECF No. 56) is certified as a final judgment under Federal Rule of Civil Procedure 54(b) as to Counts I, II, III, and IV of the Complaint.

IT IS SO ORDERED.

Dated: 4/3/2025

U.S. District Court Judge Rudolph Contreras