UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIR RAHMAN RAHMANI, *et al.*, | : |
| Plaintiffs, | : Civil Action No.: 1:24-cv-00285 (RC) |
| v. | : |
| SCOTT BESSENT, Secretary of Department of the Treasury, *et al.*,[1] | : |
| Defendants. | : |

### AMENDED ORDER

THIS MATTER has come before the Court on Plaintiffs' Unopposed Motion for Entry of an Appealable Judgment Under Fed. R. Civ. P. 60(a). The Court has reviewed and considered the Motion and all papers filed in support, as well as the pleadings and other papers filed herein; and the Court being otherwise fully apprised and informed in all respects as to the matters herein;

Now, therefore, **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Entry of an Appealable Judgment Under Fed. R. Civ. P. 60(a) is **GRANTED**; the Court makes a specific determination that there is no just reason for delay; and it is further

**ORDERED** that this Court's April 3, 2025 Order be amended to include the specific determination that there is no just reason for delay making the October 9, 2024, Order (ECF No. 56) an appealable order as to Counts I, II, III, and IV of the Complaint under Federal Rule of Civil Procedure 54(b). IT IS SO ORDERED. Dated: August 27, 2025

_____
U.S. District Court Judge Rudolph Contreras

---

[1] Pursuant Federal Rule of Civil Procedure 25(d), Scott Bessent, Secretary of the Treasury, is automatically substituted as a defendant in his official capacity for his predecessor, Janet Yellen. Marcio Rubio, Secretary of State, is likewise automatically substituted as a defendant in his official capacity for his predecessor, Anthony J. Blinken.

In accordance with Local Civil Rule 7(k), the following is a list of the names and addresses of all attorneys entitled to be notified of its entry:

Christopher M. Chaisson (Bar No. 1684813)
Enayat Qasimi (Bar No. 987877)
William Fitts Ryan, Jr. (Bar No. MD00360)
Whiteford, Taylor & Preston, LLP
1800 M Street, N.W., Suite 450N
Washington, D.C. 20036
*Counsel for Plaintiffs*

Brett A. Shumate, Assistant Attorney General
Diane Kelleher, Assistant Branch Director
Alexander N. Ely, Trial Attorney
Cassandra M. Snyder, Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
*Trial Counsel for Defendants*

Joshua Waldman
United States Department of Justice
Civil Division
950 Pennsylvania Avenue, NW, Room 7527
Washington, DC 20530
*Appellate Counsel for Defendants*